AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 3:23MJ-71 |
| BRYAN DOUGLAS CONLEY | ) |
| *Defendant* | |

**FILED**
JAMES J. VILT JR,
CLERK
1/31/2023
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of January 29, 2019 to January 31, 2019 in the county of Bullitt in the Western District of Kentucky, and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 875(c) | Interstate Threatening Communications |
| 18 U.S.C. 1201 | Kidnapping |
| 18 U.S.C. 1344 | Bank Fraud |
| 18 U.S.C. 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

X     Continued on the attached sheet

*Complainant's signature*

Daniel W. Nally, Special Agent, FBI
*Printed name and title*

*Sworn to before via telephone.*

Date: January 31, 2023

City and State: Louisville, Kentucky

Colin H Lindsay, Magistrate Judge
United States District Court

JDJ(AUSA initials)