# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**VS.**                                          **CRIMINAL ACTION NUMBER: 3:23-MJ-71**

**BRYAN DOUGLAS CONLEY**                                                   **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on February 2, 2023 to conduct an initial appearance.

APPEARANCES

| | |
|---|---|
| For the United States: | Joshua D. Judd, Assistant United States Attorney |
| For the defendant: | Defendant Bryan Douglas Conley - Present and in custody |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights. The Court adopted the previous of appointment of counsel in 3:19-cr-19-DJH. Joshua F. Barnette from the Criminal Justice Act attorney panel accepted the appointment.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings and a detention hearing on **February 8, 2023 at 10:00 a.m. via video conference,** before the Honorable Regina S. Edwards, United States Magistrate Judge. The defendant shall be remanded to the custody of the United States Marshal pending further order of the Court.

This 2nd day of February, 2023      **ENTERED BY ORDER OF THE COURT:**
                                                            **REGINA S. EDWARDS**
                                                            **UNITED STATES MAGISTRATE JUDGE**
                                                            **JAMES J. VILT, JR., CLERK**
                                                            **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
         U.S. Probation
         Counsel for Defendant

0|10