

# Case Assignment
# Standard Criminal Assignment

Case number **3:23CR-14-CHB**

Assigned : Judge Claria Horn Boom
Judge Code : A958

Assigned on 2/7/2023 12:56:12 PM
Transaction ID: 72686

[ Request New Judge ]  [ Return ]