FILED
JAMES J. VILT, JR. - CLERK
FEB - 7 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                  PLAINTIFF

v.                                                        Criminal Action No.: 3:23-CR-14-CHB

BRYAN D. CONLEY                                           DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Joshua D. Judd hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_/s/ Joshua D. Judd_
Joshua D. Judd
Assistant United States Attorneys
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911