UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | Criminal Action No. 3:23-CR-014-CHB |
| ) | |
| v.   ) | |
| ) | **ORDER OF REASSIGNMENT** |
| BRYAN DOUGLAS CONLEY,   ) | |
| ) | |
| Defendant.   ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court, on its own motion and in the interest of justice and judicial efficiency, finds that reassignment of this case is appropriate. The receiving judge concurs in the reassignment. Accordingly,

**IT IS HEREBY ORDERED** that this action is hereby **REASSIGNED** to the docket of the Honorable David J. Hale, United States District Judge, for all further proceedings. Counsel are requested to change the criminal action number to reflect the initials "DJH" on all further pleadings.

This the 7th day of February, 2023.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:   Counsel of Record
       Judge Hale's Case Manager

- 1 -