UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                               Plaintiff,

v.                                                      Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY,                                                  Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on February 15, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Joshua Judd |
| | Joel King |
| For Defendant: | Joshua Barnette |

The Court and counsel discussed the procedural posture of the case, which is set for trial on April 17, 2023. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) This matter is set for a final pretrial conference on **March 30, 2023, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. All counsel who plan to participate at trial shall attend the conference.

(2) The deadline previously set for the filing of motions in limine (*see* Docket No. 12) is **VACATED**. Any **motions in limine** shall be filed **no later than March 27, 2023**. **Responses** shall be filed **within seven (7) days thereafter**. There shall be **no replies**. All other deadlines set in the Order Following Arraignment shall remain in place.

A status hearing will be set by subsequent order.

February 15, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1