UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                           PLAINTIFF

v.                                                                          Criminal Action No.: 3:23-CR-00014-DJH

BRYAN DOUGLAS CONLEY                                                                            DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Joel King hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Respectfully submitted,

MICHAEL BENNETT
United States Attorney

_____
Joel King
Special Assistant U.S. Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, Kentucky 41017
(859) 652-7034
joel.king@usdoj.gov