| SUPPLEMENTAL REPORT | Page 1 of 6 |
|---|---|

## TEXAS DEPARTMENT OF PUBLIC SAFETY
## CRIMINAL INVESTIGATIONS DIVISION

THIS REPORT IS THE PROPERTY OF THE CRIMINAL INVESTIGATIONS DIVISION. NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

| | | | |
|---|---|---|---|
| PREPARED BY: | JIMMY BURKETT | INVEST#: | 2018I-CID1-50031018 |
| LEVEL 1 SUPERVISOR: | KEITH DERAMUS | REPORT#: | S1 |
| LEVEL 2 SUPERVISOR: | KEITH DERAMUS | ACTIVITY DATE: | 11/14/2018 |
| LEAD INVESTIGATOR: | JIMMY BURKETT | DATE WRITTEN: | 12/06/2018 |
| SUPERVISOR: | RODNEY TANDY | DATE APPROVED: | 01/22/2019 |
| REPORT TYPE: | INITIAL | REPORT STATUS: | APPROVED |
| ACTIVITY TYPE: | INVESTIGATIVE | SPURS URN: | CMRE50101353 |
| OTHER ACTIVITY: | | LEGACY REF: | |
| TITLE: | INTERVIEW OF CHILD VICTIM #1 REFERENCE BRYAN DOUGLAS CONLEY | CASE: | |
| DIVISION: | CRIMINAL INVESTIGATIONS DIVISION | SERVICE: | |
| REGION: | 1 | DISTRICT: | C |
| ACTIVITY LOCATION: | TEXAS US - UNITED STATES OF AMERICA (USA) | AREA: | 01-TYLER |

### SYNOPSIS

On 11/14/2018, Texas Department of Public Safety Criminal Investigations Division Special Agent Jim Burkett interviewed a child who was possibly a Human Trafficking victim of BRYAN DOUGLAS CONLEY.

### DETAILS

1. On 11/14/2018, Special Agent (S/A) Jim Burkett, Department of Public Safety Criminal Investigations Division, Tyler was contacted and advised that a possible Human Trafficking victim was at a juvenile facility in Grand Saline, Texas.

2. At approximately 2:25 PM, S/A Burkett arrived and made contact with a black female, 17 years of age, who will be identified in this report as Child Victim #1. The interview was conducted inside of the secure juvenile facility.

3. S/A Burkett recorded the interview with a digital audio recording device and a digital audio/video recording device.

4. S/A Burkett learned the following from Child Victim #1:

· Child Victim #1 lives in Pataskola, Ohio with Child Victim #1's mother. Child Victim #1 did not want to be at home anymore and wanted to find a "Sugar Daddy" to help get Child Victim #1 away from home.

· On approximately 11/08/2018, Child Victim #1 went onto a dating website called "PlentyofFish.com," created a profile under the screen name "prettybaby693" and began searching for a "Sugar Daddy." Child Victim #1 utilized email account elmobby119@gmail.com to sign up for the account.

· Child Victim #1 quickly made contact with an individual named "Bryant," who claimed to be a mixed race male in his 20's from Memphis, Tennessee. "Bryant" utilized a profile name of "loveiseasy" with some numbers after it.

· After a while of texting on "PlentyofFish.com" (PoF), Child Victim #1 began texting with "Bryant" through Child Victim #1's cell phone which is assigned #614-822-7707. Child Victim #1 stated that pictures later exchanged through text showed "Bryant" to be tall and muscular

**SUPPLEMENTAL REPORT**                                                      Page 2 of 6

with caramel colored skin and a tattoo on the left side of "Bryant's" chest.

- The conversation began as relationship talk and once sexual activity was mentioned by "Bryant," the conversation quickly turned into "Bryant" saying that "Bryant" would pay for different sex acts, including $200,000.00 for anal sex and even more money if Child Victim #1 brought a friend. "Bryant" also promised a new cell phone, a car, a new I.D., cash, etc.

- The conversation continued via cell phone through 11/09/18.

- On Saturday, 11/10/2018, "Bryant" claimed to have been in a vehicle accident, so "Bryant" coordinated sending a friend to pick up Child Victim #1 and bring Child Victim #1 to Tennessee for the weekend.

- Somewhere between 10:00 AM and 11:00 AM, a white male driving a grey Ford Taurus arrived at a park near Child Victim #1's house, where Child Victim #1 had instructed to meet. Child Victim #1 described the white male as approximately 5'7"-5'8", with a shaved head and large blue eyes, approximately 200 pounds, fat and ugly. Child Victim #1 described a tattoo on the white male's arm/shoulder as having some type of red banner across it. S/A Burkett would later identify the white male as BRYAN DOUGLAS CONLEY.

- Child Victim #1 stated that while riding, Child Victim #1 continued to text with "Bryant" who told Child Victim #1 that "Bryant" would pay Child Victim #1 even more money if "Bryant" had sex with CONLEY.

- CONLEY and Child Victim #1 departed towards Tennessee, drove for a few hours and eventually stopped at a Super 8 hotel in Lagrange, Kentucky. Upon arrival, CONLEY went inside and booked room #210 and paid cash.

- S/A Burkett later identified this as the Super 8 Hotel located at 1420 E Crystal Drive, Lagrange, Kentucky 40031.

- At that point, Child Victim #1 had vaginal, oral and anal sex with CONLEY. Child Victim #1 stated that CONLEY did not wear a condom and ejaculated into Child Victim #1's mouth. Child Victim #1 initially tried to get CONLEY to wear a condom but CONLEY claimed to have had a vasectomy and said Child Victim #1 didn't have to worry about pregnancy.

- After that, CONLEY and Child Victim #1 left and drove to Bowling Green, Kentucky and drove back to the Super 8 hotel.

- Once back at the hotel, Child Victim #1 again had vaginal, oral and anal sex with CONLEY. Child Victim #1 stated that CONLEY did not wear a condom and ejaculated into Child Victim #1's mouth. After that CONLEY ordered a pizza and then Child Victim #1 and CONLEY ate pizza in the hotel room. CONLEY and Child Victim #1 then went to sleep in separate beds.

- On Sunday, 11/11/18, CONLEY and Child Victim #1 woke up late, went to McDonald's drive through between 11:00 AM and 1:00 PM, then departed and began driving towards Tennessee.

- At some point, Child Victim #1 was texting with "Bryant," who allegedly told Child Victim #1 to get onto PoF and if Child Victim #1 could find someone to have sex with and allow CONLEY to film it, "Bryant" would pay Child Victim #1 even more money.

- Child Victim #1 began trying different locations and every male that replied, Child Victim #1 would ask if they would have sex with Child Victim #1 and allow a friend to film it. All of the men declined except for one. S/A Burkett would later confirm this information by searching through the PoF messages along with Child Victim #1.

- Eventually, a light skinned black male named "Ryan" agreed and told Child Victim #1 to go to Park Place Apartments in Jackson, Tennessee. At this point, the two began texting on cell phones rather than the PoF platform. Child Victim #1 and "Ryan" exchanged nude photographs via cell phone. "Ryan" utilized the PoF screen name RynoBSmoove96.

**SUPPLEMENTAL REPORT**  Page 3 of 6

- At some point that afternoon/evening, Child Victim #1 and CONLEY arrived at one of the bottom apartments and met "Ryan," along with "Ryan's" brother. "Ryan's" brother then departed.

- Child Victim #1 and "Ryan" went into a bedroom and had oral, vaginal and anal sex. "Ryan" started with a condom but eventually removed the condom when Child Victim #1 complained about it. Child Victim #1 stated that that Child Victim #1 had told "Ryan" that Child Victim #1 was 18 years old.

- CONLEY was in the room the entire time and filmed Child Victim #1 having sex with "Ryan" using CONLEY'S cell phone.

- When finished, CONLEY and Child Victim #1 departed and drove to a rest stop somewhere around Lake Catherine State Park in Little Rock, Arkansas and slept in the car.

- CONLEY and Child Victim #1 then departed and continued to travel south. At this point, Child Victim #1 did not believe that "Bryant" was ever going to meet with Child Victim #1 and Child Victim #1 wanted to go home.

- CONLEY agreed to take Child Victim #1 to a house in Texas and stopped at the "24 Hour Market" gas station located at 598 N 4th Street, Wills Point, Texas. When Child Victim #1 went inside to purchase a drink, CONLEY left Child Victim #1 there. Child Victim #1's purse, cell phone and belongings were still in the vehicle.

- Child Victim #1 borrowed a cell phone from an employee and attempted to get help through PoF. S/A Burkett later verified this information by searching through the PoF messages along with Child Victim #1.

- While at the gas station, Child Victim #1 made contact with an individual who identified himself to Child Victim #1 as "SLACK" and offered to allow Child Victim #1 to stay at "SLACK'S" house. S/A Burkett would later identify "SLACK" through the Wills Point police report as CECIL NAKIA AUTRY.

- Child Victim #1 then left with AUTRY and spent the day smoking marijuana and drinking Hennessey with Coke. Child Victim #1 then stayed at AUTRY'S residence located at 2017 Dyer Street, Wills Point, Texas.

- That night, Child Victim #1 and AUTRY were in the bed together and AUTRY was begging for sex, at one point saying, "How am I gonna take care of you if you can't take care of me?" Child Victim #1 eventually pulled Child Victim #1's pants down and AUTRY performed oral sex on Child Victim #1.

- AUTRY then attempted repeatedly to have sex with Child Victim #1 who said "No." AUTRY attempted but had a very large penis and could not penetrate Child Victim #1 past the head of AUTRY'S penis. Child Victim #1 began crying and telling AUTRY to stop. AUTRY eventually got angry and stopped.

- In the morning, AUTRY again tried to have sex with Child Victim #1, but AUTRY'S penis was too large.

- AUTRY never threatened or injured Child Victim #1.

- At this point, Child Victim #1 contacted Child Victim #1's stepfather in order to attempt to go home.

- AUTRY then transported Child Victim #1 to the Wills Point Police Department.

5. Wills Point Police Department Detective Cassie Mosely prepared a report of the recovery of Child Victim #1, who had been entered into NCIC as a missing person (Attachment A, Wills Point Police Report assigned case #1811-00637).

**SUPPLEMENTAL REPORT**  Page 4 of 6

6. At approximately 3:49 PM, S/A Burkett stopped the recording and started a new recording. There was no time lapse between the two. During the second recording, S/A Burkett learned that prior to the series of events, Child Victim #1 had only had sex two times and it was with a prior boyfriend. S/A Burkett explained all of the crime victims' benefits available and how the process would continue. S/A Burkett ended the interview at 3:58 PM and departed.

7. S/A Burkett took hand written notes during the interview (Attachment B, field notes).

8. On 11/15/2018, S/A Burkett made contact with the LaGrange Kentucky Police Department who sent Officer Meaks to the Super 8 hotel located at 1420 E Crystal Drive, Lagrange, Kentucky and the officer inquired about who rented room #210 on 11/10/2018. Officer Meaks contacted S/A Burkett and informed S/A Burkett that the hotel staff advised Officer Meaks that on said date, the individual who rented the room provided the name BRYAN CONLEY, telephone number 915-241-7423 and paid for the room in cash. There was no video available.

9. On 11/26/2018, S/A Burkett conducted an intel database search of the name "BRYAN CONLEY" in Tennessee, Kentucky, Texas and Ohio. S/A Burkett located numerous individuals by the same name; however, S/A Burkett was able to locate the CONLEY in question as matching the physical description provided by Child Victim #1, being in the National Guard, previously living in El Paso (which is where the 915 area code is from), having an address in Ohio and Tennessee and CONLEY'S mother is the registered owner of a gray 2014 Ford Taurus assigned Tennessee license plate #7J09N0.

10. S/A Burkett was also able to locate CONLEY through Facebook and sent a photograph to Child Victim #1 and asked if Child Victim #1 had ever seen the individual. Child Victim #1 advised S/A Burkett that the photograph was the "fat white guy" and that it was "100% him."

11. On 11/29/2018, S/A Burkett conducted a different database search and found that on 03/25/2018, Apex, North Carolina Police Department was contacted by Elizabeth Heather Glass and advised that Glass had met an individual named "BRYAN CONLEY" in an online game in March of 2018 and began texting through cell phones. CONLEY had utilized telephone number 915-241-7423.

12. At the end of March, CONLEY traveled from Tennessee to North Carolina, where CONLEY met up with Glass and had sexual relations. Glass stated that CONLEY claimed to be in the military and living in Tennessee. CONLEY departed and had been calling and harassing Glass from March until Glass contacted police on 04/27/2018 (Attachment C, police report).

13. On 11/29/2018, S/A Burkett transferred the digital audio recording to a DVD that was designated Non-Drug Exhibit #S1.P1. S/A Burkett reviewed the DVD and found it to be of good quality and clarity. S/A Burkett timed, dated, initialed and on 12/06/2018, submitted Non-Drug Exhibit #S1.P1 to DPS CID S/A Josh Roraback to be placed into entrusted property under tag #3896.

14. On 12/07/2018, S/A Burkett transferred the digital audio/video recording to a portable storage device that was designated Non-Drug Exhibit #S1.P2. S/A Burkett reviewed the video and found it to be of good quality and clarity. S/A Burkett timed, dated, initialed and submitted Non-Drug Exhibit #S1.P2 to S/A Roraback to be placed into entrusted property under tag #3901.

15. This investigation will continue.

**INVOLVED LOCATIONS**

　　　2017 Dyer Street
　　　Wills Point, TX
　　　*Home Address : AUTRY, CECIL NAKIA*

**INVOLVED VEHICLES**

*DPS SENSITIVE*　　　　　　　　　　　　　　　　　04/16/2019 11:42

002577