UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff

v.

                    Case No. 3:23-CR-000194-DJH

BRYAN DOUGLAS CONLEY,

                    Defendant.

---

## ORDER

---

This matter is before the Court on Defendant Bryan Douglas Conley's Motion to Dismiss Count 2 of the Indictment. (R. 19.) Having reviewed the parties' briefs and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.     Defendant Conley's Motion to Dismiss (R. 19) is **GRANTED;** and

2.     This matter is **DISMISSED WITH PREJUDICE**.

This the _____ day of _____, 20___.