UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY,     Defendant.

\* \* \* \* \*

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A), it is hereby

**ORDERED** that the defendant's ex parte motion (Docket No. 20) is **REFERRED** to U.S. Magistrate Judge Regina S. Edwards for resolution.

March 21, 2023

David J. Hale, Judge
United States District Court

1