UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                                                         CRIMINAL ACTION NO. 3:23-CR-00014DJH

BRYAN DOUGLAS CONLEY                                                                        DEFENDANT

## PROPOSED ORDER

The United States moved to admit flight as substantive evidence of guilt. The motion of the United States is granted.