UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,

           Plaintiff

v.

BRYAN DOUGLAS CONLEY,

           Defendant.

Case No. 3:23-CR-00014-DJH

---

**ORDER**

---

This matter is before the Court on Defendant Bryan Douglas Conley's Motion in Limine to Exclude Evidence Related to Econo Lodge Theft. [R. 29.]  The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.  Defendant Conley's Motion in Limine to Exclude Evidence Related to Econo Lodge Theft [R. 29] is **GRANTED;** and

2.  Any and all evidence related to the alleged theft of a television from the Econo Lodge in Cave City, Kentucky is hereby excluded from a trial in this matter.

This the ____ day of _____, 20___.