UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA											PLAINTIFF

v.												CRIMINAL ACTION NO. 3:23-CR-00014DJH

BRYAN DOUGLAS CONLEY											DEFENDANT

## **PROPOSED ORDER**

The Defendant Bryan Douglas Conley moved to dismiss Count 2 arguing prosecutorial vindictiveness.  The United States responded.  The Defendant's motion is denied.