UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                         CRIMINAL ACTION NO. 3:23-CR-00014-L-DJH

BRYAN CONLEY                                                                              DEFENDANTS

## UNITED STATES' PROPOSED EXHIBIT LIST

Comes the United States, by counsel, and submits the following exhibit list:

| Exhibit No. | Description | Bates |
|---|---|---|
| 1 | Audio of Bryan Conley Interview 1/30/2019 Part 1 (1:06:39) | USA-000001 |
| 2 | Transcript Part 1 from audio of Bryan Conley Interview 1/30/2019 | USA-000886- USA-000967 |
| 3 | Audio of Bryan Conley Interview 1/30/2019 Part 2 (56:36) | USA-000002 |
| 4 | Transcript Part 2 from audio of Bryan Conley Interview 1/30/2019 | USA-002046- USA-002107 |
| 5 | Extended Stay Hotel Receipt-Bryan Conley 1/27-28/19 9020 Church Street Brentwood, TN | USA-000624- USA-000626 |
| 6 | Photos gag pic from R.W. phone | USA-000020 |
| 7-A | Photo of threatening text messages sent to R.W.'s parents "You have ten minutes to be on road or I sell her ass" | USA-000021 |
| 7-B | Photo of threatening text messages sent to R.W.'s parents "One more lie she's dead" | USA-000022 |
| 7-C | Photo of threatening text messages sent to R.W.'s parents "in 1 hour they will start rapeing her ass" | USA-000025 |
| 7-D | Photo of threatening text messages sent to R.W.'s parents "You listen or I send you pic of her body" | USA-000027 |

| Exhibit No. | Description | Bates |
|---|---|---|
| 8 | Photo of Kroger Fuel Receipt (Shepherdsville, KY 1/29/19 1:47 pm) found on Bryan Conley | USA-000036 |
| 9 | Handwritten list of items seized and currency count from Bryan Conley's person at time of arrest on 1/30/19 | USA-000037- USA-000039<br><br>USA-001411- USA-001413 |
| 10-A | Photo of money, credit cards, and receipts found on Bryan Conley after arrest | USA-000031 |
| 10-B | Photo of money found on Bryan Conley after arrest | USA-000032 |
| 10-C | Photo of money found on Bryan Conley after arrest | USA-000033 |
| 10-D | Photo of cards found on Bryan Conley after arrest | USA-000034 |
| 10-E | Photo of Kroger Receipt found on Bryan Conley after arrest | USA-000036 |
| 11 | Kroger "PVM" CCTV Surveillance Video located at 185 Adam Shepherd Parkway Shepherdsville, KY 1/29/19 1:31:59 PM to 1:54:54 full video<br>(Made available to defense for viewing)<br>Certified on 4/8/2019 USA-002300 | USA-000616- USA-000617 |
| 11-A | Clip Kroger "PVM" CCTV Surveillance Video located at 185 Adam Shepherd Parkway Shepherdsville, KY 1/29/19 1:46:20 to 1:47:10 | |
| 11-B | Still shot photo of Conley from Kroger CCTV located at 185 Adam Shepherd Parkway Shepherdsville, KY on 1/29/19 01:46:52 pm<br><br>Certified on 4/8/2019 USA-002300 | USA-000615 |
| 12 | Pin drop map texted to Conley showing where the money and jewelry was dropped on 1/30/2019 | USA-000046 |
| 13-A | Photo of drop money (4 x $20, 1 x $10) | USA-000041 |
| 13-B | Photo of drop money (5 x $20) | USA-000042 |
| 13-C | Photo of drop money (5 x $20) | USA-000043 |
| 13-D | Photo of drop money (5 x $20) | USA-000044 |
| 13-E | Photo of drop money (3 x $5) | USA-000045 |
| 13-F | Photo of Jewelry for drop on 1/30/2019 | USA-000620<br>USA-001458 |

| Exhibit No. | Description | Bates |
|---|---|---|
| 13-G | Photo of money for drop on 1/30/2019 | USA-000621 USA-001459 |
| 14 | Serial number comparison of drop money vs money on Bryan Conley at arrest | USA-000968 |
|  | Photos of Conley's Ford Taurus from 2/6/2019 (96 total photos) | USA-00640- USA-00735 |
| 16 | Photo of Clarksville, TN Walmart receipt dated 1/28/19 found during the search of Conley's Taurus on 2/6/2019. Receipt lists the purchase of rope and zip ties | USA-002044 |
| 17 | Walmart (Clarksville, TN) Transaction Record<br><br>Certified on 4/18/2019 USA-002343 | USA-002344 |
| 18 | Still shots from checkout from 1/28/19 17:02 Walmart purchase of rope and zip ties<br>Certified on 4/18/2019 USA-002343 | USA-002345 |
| 19 | R.W. (dad) phone chat log |  |
| 20 | M.W. (mom) phone chat log |  |
| 21 | 2023 Cellebrite Forensic Extraction Reports of R.W.'s Apple iPhone 8 (615) 636-5512<br>(Made available to defense) |  |
| 22 | Subscriber Information from R.W. (615) 636-5512<br>Certification on 3/11/2019 USA-002227 | USA-002232 |
| 23 | GPS Location data for R.W.'s iPhone from Verizon (615) 636-5512 | USA-001612-USA-001712 |
| 24-A | Photo of McDonalds receipt from SA Phillips review of physical evidence on 3/15/2019 | USA-002041 |
| 24-B | Photo of notebook from SA Phillips review of physical evidence on 3/15/2019 | USA-002042 |
| 24-C | Photo Conley resume from SA Phillips review of physical evidence on 3/15/2019 | USA-002043 |
| 24-D | Photo of Walmart receipt from SA Phillips review of physical evidence on 3/15/2019 | USA-002044 |

| Exhibit No. | Description | Bates |
|---|---|---|
| 25 | Still photo of Conley walking into Walmart on 1/28/2019 | USA-001235 |
| 26-A | Surveillance video at door of Walmart of Conley walking in from 1/28/2019 11:50:57 to 11:52:42 | USA-000030 |
| 26-B | Still photo of Conley walking into Walmart on 1/28/2019 11:52:25 | |
| 26-C | Still photo at door of Walmart on 1/29/2019 | USA-001234 |
| 27-A | Walmart overhead video of Conley's declined transaction of purchase from 1/28/2019 11:59:52 to 1/29/2019 12:08:34 | USA-000028 |
| 27-B | Still overhead photo of Walmart checkout 1/29/2019 12:00.10 | |
| 27-C | Still overhead photo of Walmart checkout on 1/29/2019 | USA-001230 USA-001397 |
| 28-A | Surveillance video outside Walmart of grey Ford Taurus on 1/29/2019 from 12:02:47 to 12:04:50 | USA-000029 |
| 28-B | Still Photo of outdoor Walmart Surveillance on 1/29/2019 showing Grey Ford Taurus | USA-001232 USA-001399 |
| 29 | Walmart Credit Card Records from failed transaction on 1/29/2019<br>Certification 4/12/2019 USA-001234 | USA-001241 |
| 30 | 2023 Cellebrite Forensic Extraction Report of Bryan Conley's Samsung Galaxy<br><br>(Made available to defense) | |
| 31 | Subscriber Information for phone (915) 241-7423<br>Certification USA-002302 | USA-002293-USA-002295 |
| 32 | Toll analysis and Call Detail Report from Sprint for Brian Conley's Galaxy (915) 241-7423<br>Certification on 2/22/2019 USA-002302 | USA-002213 |
| 33 | Ankle bracelet tracking map 6/21/2019 | USA-002181 |
| 34-A | Photo of field with cut ankle bracelet 6/21/2019 | USA-002182 |

| Exhibit No. | Description | Bates |
|---|---|---|
| 34-B | Photo of grass with cut ankle bracelet 6/21/2019 | USA-002183 |
| 34-C | Photo of cut ankle bracelet 6/21/2019 | USA-002184 |
| 34-D | Photo of cut ankle bracelet 6/21/2019 | USA-002185 |
| 34-E | Closeup photo of cut ankle bracelet 6/21/2019 | USA-002186 |
| 34-F | Photo of cut ankle bracelet 6/21/2019 | USA-002187 |
| 34-G | Closeup photo of cut ankle bracelet 6/21/2019 | USA-002188 |
| 35 | USAA report showing failed attempts to login on 1/29/2019 at 8:54:55 am | USA002559-USA-002563 |
| 36 | FDIC certification for USAA<br>(Sent to Defense) | |
| 37 | Photo of Office Items given to R.W. | USA-000970 |
| 38 | Account subscriber information from google for loveiseasy2862@gmail.com<br>Certification on 5/31/19 USA-002360 | USA-002362 |
| 39 | Account subscriber information from google for bhtown101b@gmail.com<br>Certification on 7/2/19 USA-002368 | USA-002366 |
| 40 | Receipt and Confirmation from Bryan Conley's Super8 stay on 11/10/2018<br>Certification USA-002591 | USA-002364-USA-002365 |
| 41 | TextNow subscriber information for loveiseasy2862 and 9157773617<br>Certification USA-002704 | USA-002350-USA-002351 |
| 42 | Plenty of Fish Account Information for R.W.<br>Certification on USA-002555 | USA-002554-USA-002557 |
| 43 | Bryan Conley Waiver of Appearance for Arraignment and Entry of Plea for 3:19CR00019 (Docket Entry 26,26-1, & 26-2) | |
| 44 | Photo of Chase Checking account x4417 available balance<br>(Sent to Defense) | |
| 45 | Photo POF profile account Loveiseasy1198 with pig photo<br>(Sent to Defense) | |
| 46 | Erik Vokoun Composite Exhibit from Phone Forensic Exam | |

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


s/ Joshua Judd
Joshua Judd
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911


**CERTIFICATE OF SERVICE**

    I hereby certify that on March 27, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the counsel for Bryan Conley.

s/Joshua Judd
Joshua Judd
Assistant U.S. Attorney