## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**VS.**                                                    **CRIMINAL ACTION NO. 3:23-CR-14-DJH**

**BRYAN DOUGLAS CONLEY**                                             **DEFENDANT**

### ORDER ON *EX PARTE* HEARING

An *ex parte* hearing was held on March 29, 2023 regarding defense counsel's motion to withdraw as attorney (DN 20). Defendant Conley was present, in custody, with Joshua F. Barnette, appointed counsel. The proceeding was digitally recorded.

The Court discussed with the defendant the issues that exist between him and defense counsel and for the reasons fully stated on the record;

**IT IS HEREBY ORDERED** that Joshua F. Barnette is **WITHDRAWN** as counsel of record for the defendant. Larry D. Simon from the Criminal Justice Act attorney panel is appointed to represent the defendant.

**IT IS FURTHER ORDERED** that the official recording of these proceedings shall be **SEALED.**

cc:    United States Attorney
        Counsel of Record

0|40