**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA                                                         PLAINTIFF

V.

CASE NO: 3:23-CR-14-DJH

BRYAN DOUGLAS CONLEY                                                          DEFENDANT

**Electronically Filed**

**DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Comes the Defendant, BRYAN DOUGLAS CONLEY, by his appointed counsel, and moves this Court to continue the jury trial date scheduled in the above-styled action. As grounds, the Defendant states as follows:

1. That the above-named Defendant is charged in the above-numbered Indictment for Interstate Transportation for Prostitution or other Criminal Purposes; Transportation of Minors; Kidnapping By Inveigle and Decoy; Bank Fraud; Aggravated Identity Theft; and ten (10) counts of Interstate Threats [DN 4].

2. The undersigned was appointed on March 29, 2023, pursuant to the Criminal Justice Act, to replace the Defendant's previous counsel of record [DN 37].

3. The undersigned submits that a postponement of the currently scheduled trial date of April 17, 2023, is necessary so that undersigned counsel has sufficient time to review (what is anticipated to be) voluminous discovery, in both documentary and electronic form, that will be disclosed by the United States.

4. Additionally, the record and the Defendant's Pretrial Memorandum [DN 30] indicates that a number of motions are currently pending before the Court, including two Government Notices of Intent to Use Rule 404b evidence [DN 23 & 24], and three defense Motions in Limine to Exclude certain evidence [DN 27, 28 & 29]. Undersigned counsel is unable to address the Government's request to introduce evidence of uncharged conduct at this time. Similarly, the undersigned will need time to determine whether to adopt the defense motions and possibly supplement the arguments therein.

5. Wherefore, the Defendant, BRYAN DOUGLAS CONLEY, moves this Court to continue the jury trial scheduled for April 17, 2023, since proceeding to trial on the currently scheduled date would deny Defendant's substitute counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

>Respectfully submitted,
>
>**s/LARRY D. SIMON**
>LARRY D. SIMON
>Attorney for Defendant BRYAN DOUGLAS CONLEY
>471 West Main Street, Suite 200
>Louisville, Kentucky 40202
>502-589-4566
>larrysimonlawoffice@gmail.com

## CERTIFICATION

I hereby certify that on April 3, 2023, a copy of the foregoing Motion to Continue the Trial Date was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

>s/LARRY D. SIMON
>LARRY D. SIMON