# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff<br><br>v.<br><br>BRYAN DOUGLAS CONLEY,<br>　　　　　　　　Defendant | )<br>)<br>)<br>)<br>) CASE NO: 3:23-CR-00014-DJH<br>)<br>)<br>)<br>)<br>) |

## ORDER ON DEFENDANT'S
## MOTION FOR CONTINUANCE

　　This matter is before the Court on the Defendant's Motion for a continuance of the April 17, 2023, jury trial date. The Court, having considered the motion, now finds that the motion for continuance should be granted.

　　IT IS THEREFORE ORDERED that the April 17, 20223, trial date is VACATED. This action is RESCHEDULED for a Final Pretrial Conference on _____, 2023; trial by jury on _____, 2023, at _____ A.M.

　　IT IS SO ORDERED.

Distribution: Counsel of Record