UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>BRYAN DOUGLAS CONLEY,<br><br>    Defendant. | Case No. 3:23-CR-00014-DJH<br><br>*Electronically Filed* |

_____

**MOTION FOR HEARING TRANSCRIPT**
_____

  Comes now the undersigned attorney as former CJA appointed counsel for Mr. Conley. Previously, on March 17, 2023, Mr. Conley, through undersigned counsel, filed an *ex parte* motion. (R. 20.) On March 29, 2023, an *ex parte* hearing was held before the Honorable Regina S. Edwards, United States Magistrate Judge for the Western District of Kentucky. (*See* R. 37.) During that hearing Judge Edwards indicated that while the hearing was held *ex parte*, and the transcript will remain under seal, the transcript would be available if needed. At this time, the undersigned hereby requests a copy of the transcript of the *ex parte* hearing that was held on March 29, 2023.

                       Respectfully submitted,

                       */s/ Joshua F. Barnette*
                       Joshua F. Barnette
                       STITES & HARBISON PLLC
                       400 West Main Street, Suite 1800
                       Louisville, KY  40202
                       859.226.2318
                       jbarnette@stites.com

## CERTIFICATE OF SERVICE

      I hereby certify that on 24th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Joshua F. Barnette*
                                        Joshua F. Barnette