UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff<br><br>v.<br><br>BRYAN DOUGLAS CONLEY,<br><br>                      Defendant. | Case No. 3:23-CR-00014-DJH |

___

**ORDER**
___

This matter is before the Court on a motion for hearing transcript filed by previous counsel for Defendant Bryan Douglas Conley. (R. 41.) The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.     The Motion for Hearing Transcript (R. 41) is **GRANTED**;

2.     The Clerk's Office is hereby directed to provide Mr. Conley's previous counsel, Joshua F. Barnette, with a copy of the transcript from the *ex parte* hearing held of March 29, 2023; and

3.     The transcript of the *ex parte* hearing held on March 29, 2023, shall otherwise remain under seal and shall not be provided to any other person or entity without subsequent orders from the Court.

This the ____ day of _____, 20___.