UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

BRYAN DOUGLAS CONLEY,

    Defendant.

Case No. 3:23-CR-00014-DJH

# ORDER

This matter is before the Court on a motion for hearing transcript filed by previous counsel for Defendant Bryan Douglas Conley. (R. 41.) The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.    The Motion for Hearing Transcript (R. 41) is **GRANTED**;

2.    The Clerk's Office is hereby directed to provide Mr. Conley's previous counsel, Joshua F. Barnette, with a copy of the transcript from the *ex parte* hearing held of March 29, 2023; and

3.    The transcript of the *ex parte* hearing held on March 29, 2023, shall otherwise remain under seal and shall not be provided to any other person or entity without subsequent orders from the Court.