UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY,　　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on May 25, 2023, with the following counsel participating:

　　For the United States:　　Josh Judd

　　For Defendant:　　Larry Simon

The defendant was present. The Court and counsel discussed the procedural posture of the case. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a final pretrial conference on **August 9, 2023, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky. All counsel who plan to participate at trial shall attend the conference.

　　June 8, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　David J. Hale, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1