**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO: 3:23-CR-14-DJH**

UNITED STATES OF AMERICA                                                                            PLAINTIFF

V.                                                                **ORDER**

BRYAN DOUGLAS CONLEY                                                                            DEFENDANT

\* \* \* \* \*

Motion having been made, and the Court having been duly advised,

**IT IS HEREBY ORDERED** that Defendant Conley's Motion to Sever Counts is **GRANTED.** Counts 1 and 2 of the Indictment are hereby severed from Counts 3 through 15 of the Indictment for purposes of trial.