**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO: 3:23-CR-14-DJH**

UNITED STATES OF AMERICA                                             PLAINTIFF

V.

BRYAN DOUGLAS CONLEY                                                  DEFENDANT

**ORDER**

This matter is before the Court on Defendant Bryan Douglas Conley's Motion in Limine to Exclude Certain Psychological Evaluations. The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant Conley's Motion in Limine to Exclude Certain Psychological Evaluations is **GRANTED;**

2. All psychological and psycho-educational evaluations, and associated documents, identified, though not Bates stamped, as USA1713 - USA1766 are excluded from a trial in this matter.