**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO: 3:23-CR-14-DJH**

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.                                              **ORDER**

BRYAN DOUGLAS CONLEY                                                          DEFENDANT

\* \* \* \* \*

Motion having been made, and the Court being sufficiently advised,

IT IS HEREBY ORDERED as follows:

1.       Defendant Conley's Motion in Limine to Exclude Certain Text Messages is GRANTED;

2.       The United States is hereby prohibited from introducing the text messages, or the substance of the text messages, allegedly sent by Mr. Conley to K.C. and Elizabeth Heather Glass, at any trial in this matter.