**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO: 3:23-CR-14-DJH**

| | |
|---|---:|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.  **ORDER** | |
| BRYAN DOUGLAS CONLEY | DEFENDANT |

This matter is before the Court on Defendant Bryan Douglas Conley's Motion in Limine to Exclude Evidence Related to Econo Lodge Theft. [R. 29.] The Court being sufficiently advised,

IT IS HEREBY ORDERED as follows:

1. Defendant Conley's Motion in Limine to Exclude Evidence Related to Econo Lodge Theft [R. 29] is GRANTED; and

2. Any and all evidence related to the alleged theft of a television from the Econo Lodge in Cave City, Kentucky is hereby excluded from a trial in this matter.