UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING

A status hearing was held in this matter on July 5, 2023, with the following counsel participating:

    For the United States:     Joshua D. Judd

    For Defendant:     Larry D. Simon

The defendant was present. The Court and counsel discussed the procedural status of the case, and counsel reported that the matter remains on track for trial by jury on August 21, 2023. The Court reminded counsel that jury notices will be sent out in approximately two weeks.

The trial date and all pretrial deadlines remain in place.

July 5, 2023

*David J. Hale, Judge*
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg

1