UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                PLAINTIFF

v.                                                                         CRIMINAL ACTION NO. 3:23-CR-14-DJH

BRYAN DOUGLAS CONLEY                                                                                 DEFENDANT

## PROPOSED ORDER

Defendant Bryan Douglas Conley moved in limine to exclude text message evidence to his ex-wife and another woman in North Carolina.  The United States response indicating that it was not going to use the evidence.  The motion is denied as moot.