UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 3:23-CR-14-DJH

BRYAN DOUGLAS CONLEY     DEFENDANT

## PROPOSED ORDER

Defendant Bryan Douglas Conley moved to sever count 1 from the remaining counts of his Indictment. DN 50. The United States responded objecting to the motion. The motion is denied.