**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

V.

**CASE NO: 3:23-CR-14-DJH**

BRYAN DOUGLAS CONLEY                                                DEFENDANT

**Electronically Filed**

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

***** ***** *****

Comes the Defendant, BRYAN DOUGLAS CONLEY, by his appointed counsel, and moves this Court to continue the jury trial date scheduled in the above-styled action. As grounds, the Defendant states as follows:

1. That the above-named Defendant is charged in the above-numbered Indictment for Interstate Transportation for Prostitution or other Criminal Purposes; Transportation of Minors; Kidnapping by Inveigle and Decoy; Bank Fraud; Aggravated Identity Theft; and ten (10) counts of Interstate Threats [DN 4].

2. The undersigned submits that a postponement of the currently scheduled trial date of August 21, 2023, is necessary so that undersigned counsel has sufficient time to evaluate the anticipated testimony of a government witness designated as a digital forensic examiner ("DFE"). In support of this request for a postponement of the trial, a summary of this anticipated government testimony is provided:

- Before and during the dates and times of the alleged acts in the indictment, the

government claims the Defendant used multiple third-party cellular device applications to communicate with the victims and witnesses. The government's DFE has identified specific applications that allow cell phone users to send texts and make calls utilizing Voice Over Internet Protocol (VoIP) technology, which uses a broadband internet connection instead of a regular phone line. The government's DFE is expected to testify that these specific VoIP applications were used by the Defendant to generate different phone numbers and phone numbers different from a subscriber's Mobile Station International Subscriber Directory Number (MSISDN). The MSISDN is a number that can be used to identify a mobile subscriber.

- The government's DFE is expected to testify that Mr. Conley, using his own cell phone, contacted both the minor and adult females (but at points in time different from the other) while posing as a fictitious person.

- The United States has provided notice to counsel for the Defendant that it will present testimony from the DFE regarding the extracted contents of the cell phones belonging to the Defendant, Adult Female 1 (Counts 3-15 of the indictment), and her parents.

- Included in the information the United States will seek to introduce through its examiner are the following determinations: the devices' identifying information; the location information; the online accounts and user names; the email messages and accounts (and the phone numbers, account holder names associated with each email account); the images and videos; the internet searches (and the dates of the searches); the call logs (including deleted calls) and voicemails; the text messages;

and the different text applications' messages. The government's examiner will also testify about the extraction process for each device.

3. Based upon on the notice provided by the United States of the information and conclusions of its DFE, undersigned counsel recently filed an *ex parte* request under seal for permission to retain a qualified digital forensic examiner to conduct his/her own analysis of these cell phones or the previous government extractions to determine if the conclusions of the government's DFE are valid. To the knowledge of the undersigned, none of the Defendant's previous counsel filed a similar application or consulted with an individual with expertise in this field of forensics. The Defendant's Motion was granted [DN 59-SEALED].

4. It is submitted that the foregoing recitation of the government's cellphone-related evidence demonstrates the necessity of allowing the Defendant's forensic examiner sufficient time to conduct his/her own analysis of these cellphones or the previously performed extractions in order to determine the accuracy of the government's DFE's methods and conclusions.

5. Wherefore, the Defendant, BRYAN DOUGLAS CONLEY, moves this Court to continue the jury trial scheduled for August 21, 2023, since proceeding to trial on the currently scheduled date would deny Defendant's substitute counsel the reasonable time necessary for effective preparation regarding this specialized evidence.

                    Respectfully submitted,

                    s/LARRY D. SIMON
                    LARRY D. SIMON
                    Attorney for Defendant BRYAN DOUGLAS CONLEY
                    471 West Main Street, Suite 200
                    Louisville, Kentucky 40202
                    502-589-4566
                    larrysimonlawoffice@gmail.com

4

## CERTIFICATION

    I hereby certify that on July 12, 2023, a copy of the foregoing Motion to Continue the Trial Date was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                                      s/LARRY D. SIMON
                                                      LARRY D. SIMON