UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff | )<br>)<br>)<br>) |
| v. | ) CASE NO: 3:23-CR-00014-DJH<br>) |
| BRYAN DOUGLAS CONLEY,<br>　　　　　　　　　Defendant | )<br>)<br>)<br>)<br>) |

### ORDER ON DEFENDANT'S
### MOTION FOR CONTINUANCE

This matter is before the Court on the Defendant's Motion for a continuance of the August 21, 2023, jury trial date. The Court, having considered the motion, now finds that the motion for continuance should be granted.

IT IS THEREFORE ORDERED that the August 21, 2023, trial date is VACATED. This action is RESCHEDULED for a Final Pretrial Conference on _____, 2023; trial by jury on _____, 2023, at _____ A.M.

IT IS SO ORDERED.

Distribution: Counsel of Record