UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                    CRIMINAL ACTION NO. 3:23-CR-14-DJH

BRYAN DOUGLAS CONLEY                                                                    DEFENDANT

**PROPOSED ORDER**

    Defendant Bryan Douglas Conley moved to continue the trial date to employ and consult a digital forensic expert. The United States responded deferring to the judgment of this Court.

    The Court grants the motion of the defendant in the interests of justice to allow the defendant to prepare for trial, therefore the Court finds that the ends-of-justice provision excludes "[a]ny period of delay resulting from a continuance . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

    The Court shall schedule further proceedings via separate order.