**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**V.**

                              **CRIMINAL NO. 3:23-CR-14-DJH**

                              **Electronically filed**

**BRYAN DOUGLAS CONLEY**                                                                     **DEFENDANT**

## PROPOSED VOIR DIRE QUESTIONS

      Comes the Defendant, BRYAN DOUGLAS CONLEY, by counsel, and requests, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, that the court include the attached questions in its general voir dire of the jurors in order that the Defendant may effectively exercise his challenges for cause and his peremptory challenges.

      Respectfully submitted,

      **/s/ LARRY D. SIMON**
      LARRY D. SIMON
      Attorney for Defendant
      American Life Building
      471 West Main Street – Suite 200
      Louisville, KY 40202
      (502) 589-4566
      **larrysimonlawoffice@gmail.com**

**PROPOSED VOIR DIRE QUESTIONS**

1. As we ask this series of questions known as the voir dire, we realize that some of them may be personal in nature.  If, for any reason, you feel the need to discuss it at the bench with the judge, please do so, as we would rather you would discuss it quietly in front of the bench than to not discuss it at all, as your thoughts and feelings here are very important to everyone having a fair trial here today.

2. Is there anyone who is a police officer or has a family member who is in law enforcement?

3. Does anyone work for the Louisville Metro Police Department, the FBI, CIA, or any other law enforcement branch of the federal or a local government?  Does anyone have a relative or close friend who works there?

4. Has anyone been on a jury panel before?  If so, was it a civil or criminal jury panel?  Did you reach a verdict in any instance?

5. Does everyone understand that it is the government's burden to prove the Defendant guilty beyond a reasonable doubt? Does anyone feel that the standard of proof in a criminal case should be something other than beyond a reasonable doubt?

6. Does everyone understand that the Defendant has no duty to present evidence in this case, that it is the government's sole duty to do so?

7. Does anyone have a problem with this concept and believe that, if the defendant does not come forward and offer evidence, that he should be found guilty for failing to do so?

8. Is there anyone who believes that, if a person on trial remains silent and does not testify for any reason, or offer evidence, then that, in and of itself, would be representation of his or her guilt?

9. The Defendant has been charged with Interstate Transportation for Prostitution. Have you or your family members or a close friend ever been involved in a situation in which there was prostitution?

10. Do any of you have strong feelings regarding prostitution that would make it difficult to be fair and impartial in considering the evidence in this case?

11. Can you make a decision about the Defendant's Transportation for Prostitution charge based upon the evidence alone or is there something from your personal experiences involving prostitution – either individually, or a family member, or a close friend – that would prevent you from being impartial when considering the evidence in this case?

12. The Defendant has been charged with Kidnapping. Have you or your family members or a close friend ever been involved in a situation in which a person was kidnapped?

13. Do any of you have strong feelings involving a case in which someone is charged with Kidnapping that would make it difficult to be fair and impartial in considering the evidence in this case?

14. Can you make a decision about the Defendant's Kidnapping charge based upon the evidence alone or is there something from your personal experiences in which a person was kidnapped – either individually, or a family member, or a close friend – that would prevent you from being impartial when considering the evidence in this case?

15. The Defendant has been charged with Bank Fraud. Have you or your family members or a close friend ever been involved in a situation in which a person was a victim of bank fraud?

16. Do any of you have strong feelings involving a case in which someone is charged with Bank Fraud that would make it difficult to be fair and impartial in considering the evidence in this case?

17. Can you make a decision about the Defendant's Bank Fraud charge based upon the evidence alone or is there something from your personal experiences in which a person was a victim of bank fraud – either individually, or a family member, or a close friend – that would prevent you from being impartial when considering the evidence in this case?

18. The Defendant has been charged with Aggravated Identity Theft. Have you or your family members or a close friend ever been involved in a situation in which a person was a victim of identity theft?

19. Do any of you have strong feelings involving a case in which someone is charged with identity theft that would make it difficult to be fair and impartial in considering the evidence in this case?

20. Can you make a decision about the Defendant's Aggravated Identity Theft charge based upon the evidence alone or is there something from your personal experiences in which a person was a victim of identity theft – either individually, or a family member, or a close friend – that would prevent you from being impartial when considering the evidence in this case?

21. The Defendant has been charged with sending threatening text messages. Have you or your family members or a close friend ever been involved in a situation in which threatening text messages were sent or received?

22. Do any of you have strong feelings involving a case in which someone is charged with sending threatening text messages that would make it difficult to be fair and impartial in considering the evidence in this case?

23. Can you make a decision about the Defendant's charge of sending threatening text messages based upon the evidence alone or is there something from your personal experiences in which a person either sent or received threatening text messages– either individually, or a family member, or a close friend – that would prevent you from being impartial when considering the evidence in this case?

24. During the trial of this case there may be videos and photographs containing graphic and sexually explicit images. Would being exposed to such materials make it difficult for you to be fair and impartial in making a decision in this case? Would your answer change if one of the people depicted in the videos and photographs was a minor?

25. Although we try to cover every question that we ask you as a juror, I will ask you now if, that for any reason there is anything that we haven't asked you or hasn't come forward that is bothering you or you feel is compelling or that you need to discuss that may affect your ability to sit in fair and impartial judgment of this Defendant that you come forward now and advise us.