UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                     Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY,                                                      Defendant.

\* \* \* \* \*

## ORDER

Defendant Bryan Douglas Conley moves to continue the trial of this matter to allow his counsel "sufficient time to evaluate the anticipated testimony of a government witness designated as a digital forensic examiner." (Docket No. 64, PageID.568)  The United States does not oppose the motion.  (D.N. 67)  The Court finds that the defense has submitted compelling reasons for the requested continuance, which the Court accepts.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The motion to continue (D.N. 64) is **GRANTED**.  The trial of this matter, currently set for August 21, 2023, is **REMANDED** from the Court's docket, to be reset by subsequent order.    The final pretrial conference set for August 9, 2023, is likewise **REMANDED**.  All other pretrial dates and deadlines are **VACATED**.

(2)    Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay resulting from this continuance is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a

1

continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

July 25, 2023

**David J. Hale, Judge**
**United States District Court**

cc:      Jury Administrator