UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY, Defendant.

* * * * *

**ORDER**

In accordance with the Court's prior Order (Docket No. 71), and by agreement of the parties, it is hereby

**ORDERED** that this matter is set for a final pretrial conference on **November 29, 2023, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky. All counsel who plan to participate at trial shall attend the conference.

September 13, 2023

**David J. Hale, Judge**
**United States District Court**