**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO: 3:23-CR-14-DJH**

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.

BRYAN DOUGLAS CONLEY                                                      DEFENDANT

**DEFENDANT CONLEY'S DISCLOSURE OF EXPERT TESTIMONY**
*Electronically Filed*

Comes the Defendant, Bryan Douglas Conley, by counsel, and, pursuant to the Order of this Court on August 1, 2023 [DN 71], and Federal Rule of Criminal Procedure 16(b)(1)(C), files the report of defense computer forensic examiner John R. Mallery. Said report provides the Court and the United States a summary of the expert witness' opinions, the basis and reasons for those opinions, and the witness' qualifications, to be utilized under Federal Rules of Evidence 702, 703, and 705.

        Respectfully submitted,

        **s/LARRY D. SIMON**
        LARRY D. SIMON
        Attorney for Defendant BRYAN DOUGLAS CONLEY
        471 West Main Street, Suite 200
        Louisville, Kentucky 40202
        502-589-4566
        larrysimonlawoffice@gmail.com

## **CERTIFICATION**

I hereby certify that on October 2, 2023, a copy of the foregoing Disclosure of Expert Testimony was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/LARRY D. SIMON
LARRY D. SIMON
