**ArcherHall**
9393 W. 110th Street, Suite 500
Overland Park, KS 66210
913.708.4199
www.archerhall.com

September 29, 2023

Mr. Larry D. Simon
Attorney at Law
American Life Building, Suite 200
471 West Main Street
Louisville, Kentucky 40202

This report summarizes recent analyses performed in connection with computer forensic consulting services provided for Larry D. Simon.in the matter of *United States of America v. Bryan Douglas Conley.* This report is for the use of *Bryan Douglas Conley* and his legal counsel and should not be used by any other party for any other purpose.

### Introduction

In July of 2023, ArcherHall was retained to perform disclosure review and consulting services associated with the matter of *United State of America v. Bryan Douglas Conley.*

### Examiner and Professional Fees

I, John R. Mallery, am a computer forensic expert employed by the firm ArcherHall, LLC. I have 25 years' experience working in the computer forensics industry. This includes the analysis of desktop computers and handheld devices as well as testifying as an expert in State and Federal courts. This includes testimony for both civil and criminal matters. My curriculum vitae is attached as **Exhibit I**.

**ArcherHall** is being compensated for my work. As additional services may be entailed with the project, including potential testimony at deposition and trial, I cannot at this time know the total amount to be paid for my services.

### Analysis

The following materials were reviewed and/or examined in preparing this report:

1. Phone extraction of a Samsung SM-G955U smartphone used by Bryan Douglas Conley.

2. Phone extraction of an Apple iPhone 8 Plus smartphone used by Rachel Erin Weller.

3. Phone extraction of an Apple iPhone 8 Plus used by Martha Weller.

### Discussion

Phone extraction and analysis requires technical knowledge. It is a two-step process. The first step is the extraction - phones must be preconfigured before an extraction can be started. iPhones must have

1

the screen lock set to "Never and airplane mode should be turned on. It is even more complex on an Android device, you must turn on Developer Options, turn on USB debugging, enable "Stay Awake," and turn off "verify apps." On many devices you must set the USB connectivity to "MTP." Trying to find these settings to enable or disable can be challenging, even for experienced forensic examiners. In addition, a person must understand the different types of extractions and the advantages and disadvantages of each one. Here is a screenshot of the extraction options for a Samsung SM-G955U smartphone (the type of phone used by Bryan Douglas Conley):



The second step is the analysis, for which you must use a different tool than what was used for the extraction. This is because data on smartphones is stored in SQLite databases, the extraction tool does not have the ability to pull data out of these databases in a coherent manner. The software required to perform these processes is not "mainstream" software and is highly specialized. The average person has not seen or used this software and requires specialized training in order to use it properly. The primary tools used for cell phone extractions and analysis are made by Cellebrite (specifically UFED and Physical Analyzer). There are other developers of phone analysis software including MSAB and Oxygen Forensics. Not only are people not exposed to this software unless they are pursuing a career in computer forensics, but the software is also expensive, with an average starting price around $10,000.

A forensic analyst doesn't just need to know how to extract and analyze data from a cell phone, they must also know how to perform a forensic analysis of the associated devices such as SIM (Subscriber Identity Module) cards and MicroSD cards. Making a copy of a MicroSD card requires the use of either hardware or software write blockers to prevent modifying the original data.

There are also acronyms that are unique to phones and phone analysis such as MSISDN (Mobile Station International Subscriber Directory Number) and IMEI (International Mobile Equipment Identity) among others.

Knowing how to identify and work with specific artifacts also requires special skills. As an example, a

large amount of location data found on Mr. Conley's phone was captured by "Samsung Rubin." An examiner must know what "Samsung Rubin" is and whether the information is accurate. To export this data and plot it on a map so it can be used as an exhibit in court, it must be exported in a KML (Keyhole Markup Language) file and imported into a mapping software such as Google Earth. Knowing how to find, interpret and export other artifacts requires specialized training. As an example, it requires significant time and technical knowledge to be able to identify numerous aliases used on a phone, including names, phone numbers and email addresses.

**Conclusions**

The complexities of analyzing a cell phone require that specialized knowledge and training must be obtained in order to complete a meaningful and useful report.

* * * * *

This report is solely for the information and use of Bryan Douglas Conley and his legal counsel and is not intended to be and should not be used by anyone else. This report is based on the work performed to date. Findings may change if we are asked to perform additional work in the future. Should you have any questions or require additional information or assistance, please contact us.

**EXHIBIT I**
**CV of John R. Mallery**



2081 Arena Blvd. Suite 200
Sacramento, CA 95834
916.449.2820

ArcherHall.com

# John R. Mallery

**SUMMARY**

Specializes in the practical applications of computer forensics and network security. Works as both a testifying and consulting expert in a wide range of litigation matters, aiding with electronic discovery requests, deposition questions and clarification of technology issues.

**BIO**

John has 23 years of experience with computer information systems. His technology background includes working as a system administrator where he configured and maintained a wide range of technologies including desktop systems, file servers, routers and firewalls. He also has worked as a chief technology officer for a privately held firm. He has utilized his knowledge and expertise to provide both computer security and computer forensics consulting services across a wide range of industries.  John has experience in a variety of case types, including wrongful death, labor and employment issues, theft of trade secrets and fraud.

A nationally-recognized public speaker in computer forensics and network security, John has developed continuing legal education programs for the legal community, as well as accredited programs for law enforcement. His unique background as an entertainer, investigator and information technologies specialist has enabled him to develop a series of programs that are highly informative and entertaining. .

John is past president of the MO-KAN chapter of the High Technology Crime Investigation Association and has served as an instructor in computer forensics at Johnson County Community College, Overland Park, Kansas, and adjunct professor at University of Central Missouri, Warrensburg. He was a contributing technical editor of Security Technology & Design Magazine with more than 40 published articles on security-related topics. John is co-author of the book Hardening Network Security, McGraw-Hill/Osborne, First Edition 2005. He also has appeared on CNN's NewsNight with Aaron Brown and the show Next@CNN hosted by Daniel Sieberg.

Sacramento   |   Temecula   |   San Diego   |   Los Angeles   |   Tucson   |   Austin



## CLIENTS

Representative clients include law firms, colleges and universities, state and local government, celebrities, technology, manufacturing, aviation and safety firms.

## EDUCATION

**Bachelor of Science, Marine Science and Biology**
University of Tampa, Tampa Florida, 1980

## SPECIALIZED AFFILIATIONS AND CERTIFICATIONS

**High Technology Crime Investigation Association – MO KAN Chapter President 2006 and 2007**

**ASIS International, Kansas City Chapter, President 2004**

**Infragard**

**Certified Novell Engineer, Netware 4.x and 5.x Certified Novell Administrator, GroupWise 5.x**

**SANS Institute GCFE Certification**

**Cellebrite UFED Certified**

**Apple Certified Support Professional, Mac OS 10.6 and 10.7**

**Associate Member International Association of Computer Investigative Specialists**



## PROFESSIONAL TRAINING

300+ hours information technology training in topics such as Novell NetWare and Microsoft Windows operating systems, firewalls, routers and computer forensics. A representative list appears below:

- EnCase v7 Transition, 2014
- Computer Forensics Investigations – Windows in Depth, 2013
- Surviving Mobile Forensics – Cellebrite Certification and Training, 2013
- Macintosh Forensics Survival Course – Level 1, 2012
- Intella Basics, 2011
- Intermediate Study of Macintosh Forensics, 2009
- Introduction to Macintosh Forensics, 2008
- EnCase Intermediate Analysis and Reporting, 2006
- Securing Windows 2000 – Gold Standard, 2002
- EnCase Introduction to Computer Forensics, 2002
- System Administration for SQL Server 7.0, 2001
- Maresware Basic Computer Forensics Analysis, 2001
- SANS Institute Level One SANS Security Essentials, 2001
- Network Security and Firewall Administration, 2000
- Cisco – Interconnecting Network Devices, 2000
- NetWare - Integrating Windows NT, 2000
- GroupWise Net Access and Connectivity, 1999
- GroupWise 5.5 Advanced Administration, 1999
- NetWare Service and Support, 1999
- NetWare 4.11 Installation and Configuration, 1999
- Microsoft NT 4.0 Core Technologies, 1999
- NetWare 4.11 to 5 Update, 1999
- Networking Technologies, 1999
- NetWare 4.11 Advanced Administration, 1999
- Workstation Administration Windows NT Server 4.0, 1998
- Visual Basic Programming, 1998
- NetObjects Fusion, 1998
- Advanced Access 2.0, 1998
- Interview and Interrogation Techniques, 1996
- Troubleshooting & Maintenance of IBM PC's and Compatibles, 1996



## PROFESSIONAL HISTORY

**Director, Digital Forensics**
ArcherHall, January 2022 – present
- Provide digital forensics services to clients
- Manage digital forensics projects
- Provide CLE presentations, both virtual and in person

**Owner**
Mallery Technical Training and Consulting, Inc., January 2011 – December 2021
- Performed advanced analysis on digital devices, including cell phones
- Testified as an expert in criminal and civil cases in State and Federal Courts
- Instructor for the Federal Financial Institutions Examination Council
- Provided CLE programs

**Managing Consultant**
BKD, LLP, November 2004- December 2010
- Managed and marketed the firm's national computer forensics practice
- Performed forensic analysis of desktop and laptop computers
- Provided testimony in Federal and District courts as required
- Provided CLE presentations across the country

**Investigator/CIO**
Clarence M. Kelley and Associates, Inc., January 1996 – May 2004
- Licensed private investigator in Kansas, Nebraska and Kansas City, MO
- Performed undercover, fraud and surveillance investigations
- Managed the corporate network
- Created the firm's computer forensics practice and network security consulting service

## PUBLICATIONS AND PRESENTATIONS

### PUBLICATIONS

"The Boundaries of Computer Forensics," by John Mallery and Joan K. Archer, J.D., Ph.D. , ABA Technology for the Litigator, April 21, 2011

"Controlling Costs in eDiscovery," by Jenna Bedsole and John Mallery, The Alabama Lawyer, March, 2011



"More Places to Look: Social Networking and Cell Phone Evidence," DRI eDiscovery Connection, December 23, 2010

"Preservation of Electronically Stored Information," CBA Report, March 2009

"Know What to Keep," Security Technology & Design, December 2008

"Log Management for Regulatory Compliance," Security Technology & Design, September 2008

"Network Intrusion Detection," Security Technology & Design, August 2008

"Network Risk Management," Security Technology & Design, May 2008

"Encryption for the Enterprise," Security Technology & Design, February 2008

"Security Cooperation," Security Technology & Design, September 2007

"Failing to Maintain Control of Firm's Data Can Take Big Toll," Business Courier of Cincinnati, August 31, 2007

"Policy Enforcement," Security Technology & Design, June 200

"Will Privacy Tools Hamper Investigations?" Security Technology & Design, January 2007

"Defense in Depth for Compliance," Security Technology & Design, October 2006

"Keep Your Secrets Secret," Security Technology & Design, August 2006

"What Are You Talking About? An IT Dictionary for Physical Security Pros,"

Security Technology & Design, July 2006

"The Hidden Data Thieves," Security Technology & Design, March 2006

"Cyberforensics: The Ultimate Investigative Tool," Security Technology & Design, December 2005

"Litigation and the Digital World," The Nebraska Lawyer, October/November 2005

"Who Are You?" Security Technology & Design, November 2005

"Litigation and the Digital World," KC Counselor, September 2005

"Portable Data Storage Devices: Security Nightmare," Security Technology & Design, July 2005

Sacramento  |  Temecula  |  San Diego  |  Los Angeles  |  Tucson  |  Austin

6



"Cyberterrorism: Real Threat or Media Hype?" Security Technology & Design, May 2005

"You're Fired!" Security Technology & Design, March 2005

"Securing a Security Budget: Probable Threats vs. Describable Threats,"Security Technology & Design, October 2004

"Certification Update," Security Technology & Design, July 2004

"GPS Technologies: More Than Just Cool Toys," Security Technology & Design, April 2004

"Database Security: Protecting Your Most Important Assets," Security Technology & Design, February 2004

"Network Authentication: Passwords are Not Enough," Security Technology & Design, January 2004

"Shoring Up System Vulnerabilities," Security Technology & Design, December 2003

"Get the Word Out," Security Technology & Design, October 2003

"Theft of Trade Secrets: Can You Stop It?" Security Technology & Design, August 2003

"What Are They Doing On Your Computers?" Security Technology & Design, July 2003

"Where Do I Turn For Help?" Security Technology & Design, June 2003

"The Physical/Logical Security Dilemma," Security Technology & Design, April 2003

"Home User: Friend or Foe?" Security Technology & Design, March 2003

"Finding the Smoking Gun on Employee Computers," Security Technology & Design, November 2002

"Who's Watching Your Data?" Security Technology & Design, July 2002

"Additional Sources of Data Loss: Thinking Outside the Hard Drive," Security Technology & Design, May 2002

"Back to Basics," Security Technology & Design, March 2002

"What's On That Hard Drive?" Security Technology & Design, February 2002.

Sacramento   |   Temecula   |   San Diego   |   Los Angeles   |   Tucson   |   Austin



**Whitepapers**

"Secure File Deletion: Fact or Fiction?" SANS Institute GSEC Practical Assignment, submitted July 7, 2001, updated June 6, 2006

**Books**

Computer and Information Security Handbook, Morgan Kaufmann, ISBN 0123743540, First Edition - June 2009, Second Edition – May 2013, Chapter 1, "Building a Secure Organization."

Hardening Network Security, McGraw-Hill Osborne Media, ISBN 0072257032, January 2005, co-authored

**PRESENTATIONS**

Presentations include:

- Pursuing and Defending eDiscovery
- Introduction to Digital Forensics
- Digital Data in the Enterprise: Do You Have It Under Control?
- Introduction to the Mac and Mac Forensics
- Anti-forensics – What the Bad Guys are Doing
- Social Networks and Cell Phones: New Sources of Evidence
- Peer-to-Peer File Sharing Investigations

**SWORN TESTIMONY**

*Gould v. Crawley, et al,* Lyon County District Court, Case No. 19-CV-000054.

*State of Kansas v. Kurtis Lee Nichols,* Wabaunsee County District Court, Case No. 2021-CR-000045.

*Travis Duncan v. Blackbird Products Group, LLC,* Western District of Missouri, Southern Division, Case No. 17-03404-CV-S-BP.

*National Green Gas, v. eStrategy,* United States Disctrict Court, Western District of Missouri, Western Division, Case No. 4:18-cv-00285-BCW.

*State of Kansas v. Andrew Flood,* District Court of Douglas County, Kansas, Case No. 16 CR 610

*Ben Sansone v. Eric Greitens, Governor of Missouri, et al,* Circuit Court of Cole County, Missouri, Case No. 17AC-CC00635.

*Steve Troyer v. Kansas City Circuit Breaker,* Circuit Court of Clay County, Missouri, Case No. 15CY-CV07688.

*State of Missouri v. James Holzbaur,* District Court of Jackson County, Missouri

*State of Missouri v. Melvin Stoddard,* District Court of Cass County, Missouri, Case No.5CA-CR01204-01.

*State of Kansas v. Betha Jean Thummel*, District Court of Sheridan County, Kansas, Case No. 2015-CR-04.

*State of Missouri v. Gary Chastain,* Circuit Court of Greene County, Missouri, Case No. Case No . 1431-CR02233-01.

*Raizada Group, LP v. PHC Holding Company LLC,* District Court of Jackson County, Missouri, Case No. 1416CV14245

*State of Missouri v. Mark Krska,* District Court of Johnson County, Missouri, Case No. 14JO- CR00837-01

*Falcon Design and Mfg., Inc. v. Phoenix Design and Mfg., Inc.,* District Court of Johnson County, Kansas, Case No. 14CV06034

*Firma Helget v. City of Hays, et al,* United States District Court, District of Kansas, Case No. 13-2228-KHV-KGG

*Midwest Rescue Airboats v. John Teichmann International Preparedness Associates, Inc., et al,* District Court of Douglas County, Case No. 2011 CV 322

*State of Kansas v. George Ferenz,* District Court of Riley County, Kansas

*State of Missouri v. William Eaton II,* Circuit Court of Jasper County, Missouri, CaseNo. 11AO-CR01612-01

*Windy City Wire Cable and Technology Products LLC v. Lora Stacy,* Superior Court of the State of Arizona in and for the County of Maricopa, CV 2012-015967

*Hallmark Cards, Incorporated v. Monitor Clipper Partners, L.L.C., et al,* United States District Court, Western District of Missouri Case No. 4:08-CV-00840-ODS

*Acceleration Laboratory Services, Inc. v. Keith Koehler, and Robert Pendland,* Circuit Court of Jackson County, Missouri Case No. 1116-CV-02451

*Charles E. Cornell, Jr. v. Cornell Roofing & Sheet Metal Co., et al,* Circuit Court of Jackson County, Missouri Case No. 1016-CV-13786

Sacramento   |   Temecula   |   San Diego   |   Los Angeles   |   Tucson   |   Austin



*Jeff Ghahramani v. Southern Union Company D/BA Missouri Gas Energy, et al,* Circuit Court of Jackson County, Missouri Case No. 0916-CV37340

*United States of America v. David Long,* United States District Court, District of Kansas Case No. 10-CR-20120-CM-JPO

*Hallmark Cards, Incorporated v. Janet L. Murley,* United States District Court, Western District of Missouri Case No. 4:09-cv-00377-GAF

*Karl C. James v. Jerry Thomas*, District Court of Lyon County, Kansas Case No: 06-CV-180

*YRC Worldwide, Inc. v. Jennifer Yates,* District Court of Johnson County, Kansas Case No: 08-CV-09897

*Julie White v. Shari Wilkens et al,* United States District Court, District of Kansas Case No: 07-CV-2319

*Universal Engraving, Inc. vs. Frederick Duarte,* United States District Court, District of Kansas, Case No. 2:2007CV02427

*Catherine M. Hibbeln vs. Nixon Peabody LLP et al,* Superior Court of California, City and County of San Francisco, Case No: CGC-07-459299

*Claredi Corporation vs. SeeBeyond Technology Corporation,* United States District Court, Eastern District of Missouri, Case No. 4-04CV01304RWS

*U.S. Bank International Association vs. Signature Bank et al,* United States District Court, Western District of Missouri, Case No. 05-CV-3418-RED

*In Re Celexa and Lexapro Products Liability Litigation,* United States District Court, Eastern District of Missouri, MDL Docket No. 1736

*Gulbrandsen vs. Par Pharmaceuticals,* Superior Court of the State of Arizona, In and For the County of Maricopa, Case No. CV2005-003379

*Balboa Threadworks, Inc. vs. Ronald A. Stucky, et al,* United States District Court, District of Kansas, Case No. 05-CV-1157-JTM

*Coughlin vs. Forest Pharmaceuticals, Inc.,* Missouri Circuit Court, Twenty-Second Judicial Circuit, Case No. 042-09467

*Piqua Petro, Inc. vs. Doris Arnold, et al,* District Court of Woodson County, Kansas, Case No. 04CV18

Sacramento   |   Temecula   |   San Diego   |   Los Angeles   |   Tucson   |   Austin