UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on October 17, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Josh Judd |
| | Joel King |
| For Defendant: | Larry Simon |

The defendant was present. The Court and counsel discussed the procedural posture of the case, including a letter recently mailed to the Clerk of Court by the defendant. The Court again found it necessary to admonish the defendant that any communications with the Court should be through counsel and that such letters are inappropriate and will not be tolerated. The recent letter, which is attached hereto, will be filed under seal in light of its inflammatory language.

Counsel reported that the case remains on track for trial on December 11, 2023. Defense counsel raised an issue pertaining to his representation of the defendant and anticipated filing a motion on that issue. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court is **DIRECTED** to file the attached letter **UNDER SEAL** in the record of this matter.

(2) Any motion regarding defense counsel's representation shall be filed no later than the close of business **Wednesday, October 18, 2023**. Attachments to the motion may be filed under seal without further leave of court.

All pretrial dates and deadlines remain in place.

October 17, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/25
Court Reporter: Dena Legg