# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
        v.                      )        Case No. 3:23-cr-14-DJH
                                )
BRYAN DOUGLAS CONLEY,           )
                                )
                Defendant.      )

## MOTION FOR HEARING TO DETERMINE CONTINUED REPRESENTATION OF DEFENDANT BY APPOINTED COUNSEL

### *Electronically Filed*

Comes the Defendant, BRYAN DOUGLAS CONLEY, by counsel, and moves this Court to schedule a hearing to determine whether the undersigned should continue his representation of the Defendant as his appointed counsel under the Criminal Justice Act. As grounds, the undersigned states the following.

The Defendant is charged in the above-numbered indictment for Interstate Transportation for Prostitution or Other Criminal Purposes; Transportation of a Minor; Kidnapping by Inveigle and Decoy; Bank Fraud; Aggravated Identity Theft; and 10 counts of Interstate Threats [DN 4].

The Defendant was originally indicted in Case Number 3:19-cr-19 and charged with similar offenses involving the Adult Female in a superseding indictment therein.

On March 29, 2023, following an *ex parte* hearing in which one of the Defendant's previously appointed CJA counsel was allowed to withdraw, the undersigned was appointed as substitute counsel [DN 37].

On October 17, 2023, this Court conducted an in-person status hearing in which Mr.

Conley, counsel for the United States, and the undersigned were present. Undersigned counsel advised the Court that Mr. Conley had expressed dissatisfaction with his representation.

The Court has directed the undersigned counsel to file a motion for a hearing that would address whether the undersigned should continue to represent Mr. Conley [DN 75]. This Motion is intended to satisfy the Court's Order.

The Court indicated that this issue would be referred to the Magistrate Judge for a decision.

At the status hearing the undersigned informed the Court that any correspondence or documents sent to the undersigned by Mr. Conley bearing on the issue of whether undersigned counsel should continue to represent the Defendant would either be filed as a sealed exhibit accompanying this Motion or similarly filed before or on the date of the anticipated *ex parte* hearing. In this regard, this Motion includes as Exhibits filed under seal (1) a note written by Mr. Conley during yesterday's hearing and given to the undersigned and (2) a series of four text messages sent yesterday evening from the Oldham County Jail where the Defendant is detained, to the undersigned's email address.

Wherefore, this Court is requested to determine whether the undersigned should be ordered to withdraw as counsel of record for Mr. Conley.

Respectfully submitted,

/s/ LARRY D. SIMON
Attorney for Bryan Douglas Conley
American Life Building
471 West Street – Suite 200
Louisville, KY 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

**CERTIFICATE OF SERVICE**

I certify a copy of the foregoing was filed electronically on October 18, 2023.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ LARRY D. SIMON