# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cr-14-DJH |
| ) | |
| BRYAN DOUGLAS CONLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR HEARING TO DETERMINE CONTINUED REPRESENTATION OF DEFENDANT BY APPOINTED COUNSEL

*Electronically Filed*

Upon Motion filed by the above-named Defendant's CJA appointed counsel, and this Court being sufficiently advised;

IT IS HEREBY ORDERED that an *ex parte* hearing shall be held on the ____ day of _____, 2023, to determine whether the Defendant's current counsel of record should continue to represent BRYAN DOUGLAS CONLEY.