# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:23-cr-14-DJH |
| BRYAN DOUGLAS CONLEY, | ) |
| Defendant. | ) |

## ORDER FOR HEARING TO DETERMINE CONTINUED REPRESENTATION OF DEFENDANT BY APPOINTED COUNSEL

*Electronically Filed*

Upon Motion filed by the above-named Defendant's CJA appointed counsel, and this Court being sufficiently advised;

IT IS HEREBY ORDERED that an *ex parte* hearing shall be held on the **October 23, 2023, at 2:30 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge, to discuss whether the Defendant's current counsel of record should continue to represent BRYAN DOUGLAS CONLEY.