UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| UNITED STATES OF AMERICA | PLAINTIFF |
|---|---|
| v. | CRIMINAL ACTION NO. 3:23-CR-00014-L-DJH<br>*Electronically Filed* |
| BRYAN DOUGLAS CONLEY | DEFENDANT |

## **NOTICE OF INTENT TO INTRODUCE CERTIFIED RECORDS**

This filing provides notice pursuant to Fed. R. Evid. 902(11). Because the requirements of Rules 803(6) and 902(11) are met, the United States asks that the items listed below be admitted into evidence at trial upon a showing of relevance.[1]

| Exhibits | Certification Bates # |
|---|---|
| • Walmart Photo of One Prepaid Mastercard USA-002338<br>• Walmart Failed transaction Record Receipt 1/29/2019 USA-002339 | Certification USA-002332 |
| • Walmart Record of purchase of Cable ties and rope from 1/28/19 USA-002344<br>• Walmart Still shot of the purchase on 1/28/19 USA-002345 | Certification USA-002343 |
| • Walmart CCTV footage from 1/28/2019 to 1/29/2019 USA-001236 | Certification USA-002914 |
| • Kroger CCTV footage from 1/29/2019 USA-000616-USA-000617 | Certification USA-002330 |

---

[1] In relevant part, Rule 104(a) states that "[preliminary questions concerning . . . admissibility of evidence shall be determined by the court"

| | |
|---|---|
| • Kroger transaction details from 1/29/2019 USA-002331 | |
| • Sprint:  CDMA Call Detail Report USA-002213<br>• Sprint:  Key to Understanding CDMA Call Detail Report USA-002214<br>• Sprint:  Cover Letter USA-002297 | Certification USA-002302 (Sprint case # 2019-029051) |
| • Sprint:  Ban Payments USA-002195<br>• Sprint:  CC Detokenization USA-002196-USA-002197<br>• Sprint:  CDMA Call Detail Report USA-002198<br>• Sprint:  Understanding CDMA Call Detail Report USA-002199-USA-002211 | Certification USA-002212 (Sprint case #2019-021011) |
| • Verizon: VOLTE Call Detail Report USA-002228<br>• Verizon: Activation Deactivation Dates USA-002229<br>• Verizon: Fax Cover sheet USA-002303-USA-002310<br>• Verizon: Historical Call Detail Explanation USA-002230<br>• Verizon: Incoming Outgoing Report USA-002231<br>• Verizon: Subscriber Information USA-002232<br>• Verizon: VOLTE Call Detail Explanation USA-002311 | Certification USA-002227 |
| • Verizon:  GPS location data USA-001612-USA-001712 | Certification of Resemblance |
| • USAA USAA Weller Login Authentication | Certification USA-004965 |

|  |  |
|---|---|
| • Super 8 Motel Records of stay on 10/10/2018 USA-002363-USA-002365 | Certification USA-002591 |
| • Photos of receipts from the Extended stay 1/27-28-2019 USA-000624-USA-000626 | Not certified |
| Rachel's Plenty of Fish Account<br>• POF Account Preservation for Leikela81   USA-002556-USA-002559 | Certification USA-002555 |
| Textnow<br>• Subscriber Information for (915) 777-3617 USA-002350<br>• Loveiseasy Subscriber loveiseasy2862 USA-002351 | Certification USA-002704 |
| TextMe<br>• Subscriber Information for bhtown101b4414 | Certification USA-002603 |
| Google<br>• Subscriber Account Information Loveiseasy2862 USA-002362 | Certification USA-002360 |
| Google<br>• Subscriber Account Information Bhtown101B USA-002366 | Certification USA-002368 |
| • Full File System Extraction (KRC006030) of Apple iPhone 8 Plus Model: D21AP, EMEI: 350905822665192 | Certification USA-004981 |
| • Physical Extraction (KRC006031) of Samsung Galaxy S8+ Model: SM-G955U, EMIE: 355989084777502 | Certification USA-004981 |
| • Logical Extraction KRC006046 | Certification USA-004983 |

| Exhibit | Certification Bates # |
|---|---|
| • Apple iPhone 8 plus (A1864), model D21AP, IMEI: 352981090237210 | |
| • Logical Extraction KRC006046 Apple iPhone 7 (A1660), model D10AP, IMEI: 359127078542386 | Certification USA-004983 |

Though not required to do so under the Federal Rules of Evidence, the United States provides notice of its intent to introduce the self-authenticating certified public records listed below under Fed. R. Evid. 902(4).

| Exhibit | Certification Bates # |
|---|---|
| • Bryan Conley Waiver of Appearance for Arraignment and Entry of Plea for 3:19CR00019 (Docket Entry 26, 26-1, & 26-2) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

(502) 582-5912 (Fax)
Joshua.judd@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

5