UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA					PLAINTIFF

v.							CRIMINAL ACTION NO. 3:23-CR-00014-L-DJH

BRYAN CONLEY							DEFENDANTS

## UNITED STATES' PROPOSED EXHIBIT LIST
*Submitted En Camera*

Comes the United States, by counsel, and submits the following exhibit list:

| Exhibit No. | Description | Bates |
|---|---|---|
| 1 | Audio of Bryan Conley Interview 1/30/2019 Part 1 (1:06:39) | USA-000001 |
| 2 | Transcript Part 1 from audio of Bryan Conley Interview 1/30/2019 | USA-000886- USA-000967 |
| 3 | Audio of Bryan Conley Interview 1/30/2019 Part 2 (56:36) | USA-000002 |
| 4 | Transcript Part 2 from audio of Bryan Conley Interview 1/30/2019 | USA-002046- USA-002107 |
| 5 | Extended Stay Hotel Receipt-Bryan Conley 1/27-28/19 9020 Church Street Brentwood, TN | USA-000624- USA-000626 |
| 6 | Photos gag pic from R.W. phone | USA-000020 |
| 7-A | Photo of threatening text messages sent to R.W.'s parents "You have ten minutes to be on road or I sell her ass" | USA-000021 |
| 7-B | Photo of threatening text messages sent to R.W.'s parents "One more lie she's dead" | USA-000022 |
| 7-C | Photo of threatening text messages sent to R.W.'s parents "in 1 hour they will start raping her ass" | USA-000025 |
| 7-D | Photo of threatening text messages sent to R.W.'s parents "You listen or I send you pic of her body" | USA-000027 |

| Exhibit No. | Description | Bates |
|---|---|---|
| 8 | Photo of Kroger Fuel Receipt (Shepherdsville, KY 1/29/19 1:47 pm) found on Bryan Conley | USA-000036 |
| 9 | Handwritten list of items seized and currency count from Bryan Conley's person at time of arrest on 1/30/19 | USA-000037- USA-000039<br><br>USA-001411- USA-001413 |
| 10-A | Photo of money, credit cards, and receipts found on Bryan Conley after arrest | USA-000031 |
| 10-B | Photo of money found on Bryan Conley after arrest | USA-000032 |
| 10-C | Photo of money found on Bryan Conley after arrest | USA-000033 |
| 10-D | Photo of cards found on Bryan Conley after arrest | USA-000034 |
| 10-E | Photo of Kroger Receipt found on Bryan Conley after arrest | USA-000036 |
| 11 | Kroger "PVM" CCTV Surveillance Video located at 185 Adam Shepherd Parkway Shepherdsville, KY 1/29/19 1:31:59 PM to 1:54:54 full video<br>(Made available to defense for viewing)<br>Certified on 4/8/2019 USA-002300 | USA-000616- USA-000617 |
| 11-A | Clip Kroger "PVM" CCTV Surveillance Video located at 185 Adam Shepherd Parkway Shepherdsville, KY 1/29/19 1:46:20 to 1:47:10 | |
| 11-B | Still shot photo of Conley from Kroger CCTV located at 185 Adam Shepherd Parkway Shepherdsville, KY on 1/29/19 01:46:52 pm<br><br>Certified on 4/8/2019 USA-002300 | USA-000615 |
| 12 | Pin drop map texted to Conley showing where the money and jewelry was dropped on 1/30/2019 | USA-000046 |
| 13-A | Photo of drop money (4 x $20, 1 x $10) | USA-000041 |
| 13-B | Photo of drop money (5 x $20) | USA-000042 |
| 13-C | Photo of drop money (5 x $20) | USA-000043 |
| 13-D | Photo of drop money (5 x $20) | USA-000044 |
| 13-E | Photo of drop money (3 x $5) | USA-000045 |
| 13-F | Photo of Jewelry for drop on 1/30/2019 | USA-000620<br>USA-001458 |

| Exhibit No. | Description | Bates |
|---|---|---|
| 13-G | Photo of money for drop on 1/30/2019 | USA-000621<br>USA-001459 |
| 14 | Serial number comparison of drop money vs money on Bryan Conley at arrest | USA-000968 |
| 15 | Photos of Conley's Ford Taurus from 2/6/2019 (96 total photos) | USA-00640- USA-00735 |
| 16 | Photo of Clarksville, TN Walmart receipt dated 1/28/19 found during the search of Conley's Taurus on 2/6/2019. Receipt lists the purchase of rope and zip ties | USA-002044 |
| 17 | Walmart (Clarksville, TN) Transaction Record<br><br>Certified on 4/18/2019 USA-002343 | USA-002344 |
| 18 | Still shots from checkout from 1/28/19 17:02 Walmart purchase of rope and zip ties<br>Certified on 4/18/2019 USA-002343 | USA-002345 |
| 19 | R.W. (dad) phone chat log | USA-000003- USA-000004 |
| 20 | M.W. (mom) phone chat log | USA-000005- USA-000019 |
| 21 | 2023 Cellebrite Forensic Extraction Reports of R.W.'s Apple iPhone 8 (615) 636-5512<br>(Made available to defense) | USA-004960 |
| 21-A | Call Log Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 21-B | Chats Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 21-C | Contacts Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 21-D | Emails Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 21-E | Instant Messages Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 21-F | Web History Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 21-G | Preliminary Device Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |

| Exhibit No. | Description | Bates |
|---|---|---|
| 22 | Subscriber Information from R.W. (615) 636-5512 Certification on 3/11/2019 USA-002227 | USA-002232 |
| 23 | GPS Location data for R.W.'s iPhone from Verizon (615) 636-5512 | USA-001612-USA-001712 |
| 24-A | Photo of McDonalds receipt from SA Phillips review of physical evidence on 3/15/2019 | USA-002041 |
| 24-B | Photo of notebook from SA Phillips review of physical evidence on 3/15/2019 | USA-002042 |
| 24-C | Photo Conley resume from SA Phillips review of physical evidence on 3/15/2019 | USA-002043 |
| 24-D | Photo of Walmart receipt from SA Phillips review of physical evidence on 3/15/2019 | USA-002044 |
| 25 | Still photo of Conley walking into Walmart on 1/28/2019 | USA-001235 |
| 26-A | Surveillance video at door of Walmart of Conley walking in from 1/28/2019 11:50:57 to 11:52:42 | USA-000030 |
| 26-B | Still photo of Conley walking into Walmart on 1/28/2019 11:52:25 | |
| 26-C | Still photo at door of Walmart on 1/29/2019 | USA-001234 |
| 27-A | Walmart overhead video of Conley's declined transaction of purchase from 1/28/2019 11:59:52 to 1/29/2019 12:08:34 | USA-000028 |
| 27-B | Still overhead photo of Walmart checkout 1/29/2019 12:00.10 | |
| 27-C | Still overhead photo of Walmart checkout on 1/29/2019 | USA-001230 USA-001397 |
| 28-A | Surveillance video outside Walmart of grey Ford Taurus on 1/29/2019 from 12:02:47 to 12:04:50 | USA-000029 |
| 28-B | Still Photo of outdoor Walmart Surveillance on 1/29/2019 showing Grey Ford Taurus | USA-001232 USA-001399 |

| Exhibit No. | Description | Bates |
|---|---|---|
| 29 | Walmart Credit Card Records from failed transaction on 1/29/2019<br><br>Certification 4/12/2019 USA-001234 | USA-001241 |
| 30 | 2023 Cellebrite Forensic Extraction Report of Bryan Conley's Samsung Galaxy<br><br>(Made available to defense) | USA-002922 |
| 30-A | Emails Report from Cellebrite extraction on Bryan Conley's Samsung Galaxy | |
| 30-B | Call Log Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-C | Chats Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-D | Contacts Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-E | Cookies Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-F | Device Locations Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-G | Device Users Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-H | Instant Messages Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-I | User Accounts Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-J | Web History Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-K | Images Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-L | Videos Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-M | TextMe External Files Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-N | POF Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-O | Preliminary Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-P | Chat between Bryan & R.W. Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |

| Exhibit No. | Description | Bates |
|---|---|---|
| 31 | Subscriber Information for phone (915) 241-7423<br>Certification USA-002302 | USA-002293-USA-002295 |
| 32 | Toll analysis and Call Detail Report from Sprint for Brian Conley's Galaxy (915) 241-7423<br>Certification on 2/22/2019 USA-002302 | USA-002213 |
| 33 | Ankle bracelet tracking map 6/21/2019 | USA-002181 |
| 34-A | Photo of field with cut ankle bracelet 6/21/2019 | USA-002182 |
| 34-B | Photo of grass with cut ankle bracelet 6/21/2019 | USA-002183 |
| 34-C | Photo of cut ankle bracelet 6/21/2019 | USA-002184 |
| 34-D | Photo of cut ankle bracelet 6/21/2019 | USA-002185 |
| 34-E | Closeup photo of cut ankle bracelet 6/21/2019 | USA-002186 |
| 34-F | Photo of cut ankle bracelet 6/21/2019 | USA-002187 |
| 34-G | Closeup photo of cut ankle bracelet 6/21/2019 | USA-002188 |
| 35 | USAA report showing failed attempts to login on 1/29/2019 at 8:54:55 am | USA002559-USA-002563 |
| 36 | FDIC certification for USAA | USA-002916 |
| 37 | Photo of Office Items given to R.W. | USA-000970 |
| 38 | Account subscriber information from google for loveiseasy2862@gmail.com<br>Certification on 5/31/19 USA-002360 | USA-002362 |
| 39 | Account subscriber information from google for bhtown101b@gmail.com<br>Certification on 7/2/19 USA-002368 | USA-002366 |
| 40 | Receipt and Confirmation from Bryan Conley's Super8 stay on 11/10/2018<br>Certification USA-002591 | USA-002364-USA-002365 |
| 41 | TextNow subscriber information for loveiseasy2862 and 9157773617<br>Certification USA-002704 | USA-002350-USA-002351 |
| 42 | Plenty of Fish Account Information for R.W.<br>Certification on USA-002555 | USA-002554-USA-002557 |
| 43 | Bryan Conley Waiver of Appearance for Arraignment and Entry of Plea for 3:19CR00019 (Docket Entry 26,26-1, & 26-2) | |
| 44 | Photo of Chase Checking account x4417 available balance | USA-002873 |

| Exhibit No. | Description | Bates |
|---|---|---|
| 45 | Photo POF profile account Loveiseasy1198 with pig photo (Sent to Defense) | |
| 46 | Erik Vokoun PowerPoint Presentation | |
| 47-A | A.Y. video 1 | |
| 47-B | A.Y. video 1 with Meta Data | |
| 48-A | A.Y. video 2 | |
| 48-B | A.Y. video 2 with Meta Data | |
| 49 | TextMe Subscriber Information bhtown101b4414  Certification USA-002603 | USA-002606 |
| 50 | SMS Chat with Cynthia | USA-002929-USA-002933 |
| 51-A | Lance Photo | |
| 51-B | Lance Photo with Meta Data | |
| 52-A | Lance Photo | |
| 52-B | Lance Photo with Meta Data | |
| 53-A | Lance Photo | |
| 53-B | Lance Photo with Meta Data | |
| 54-A | Lance Photo | |
| 54-B | Lance Photo with Meta Data | |
| 55-A | Lance Photo | |
| 55-B | Lance Photo with Meta Data | |
| 56-A | Lance Photo | |
| 56-B | Lance Photo with Meta Data | |
| 57-A | Pig Profile Photo | USA-002872 |
| 57-B | Pig Profile Photo with Meta Data | |
| 58-A | Apple Log In Screen Photo | |
| 58-B | Apple Log In Screen Photo with Meta Data | |
| 59-A | R.W Bio Info Photo | |
| 59-B | R.W. Bio Info Photo with Meta Data | |
| 60-A | R.W. ID photo | |
| 60-B | R.W. ID Photo with Meta Data | |
| 61-A | Contract Photo | |
| 61-B | Contract Photo with Meta Data | |

| Exhibit No. | Description | Bates |
|---|---|---|
| 62-A | Contract Photo | |
| 62-B | Contract Photo with Meta Data | |
| 63-A | Contract Photo | |
| 63-B | Contract Photo with Meta Data | |
| 64-A | Contract Photo | |
| 64-B | Contract Photo with Meta Data | |
| 65-A | R.W. video tied up | USA-002750 |
| 65-B | R.W. video tied up Meta Data | |
| 65-C | R.W. video tied up transcript | USA-002423-USA-002431 |
| 66-A | R.W. video tied up | USA-002751 |
| 66-B | R.W. video tied up Meta Data | |
| 66-C | R.W. video tied up transcript | USA-002432-USA-002434 |
| 67 | Photo of Ryan Bass | |
| 68 | Photo of Bryant Hooper | |
| 69 | Photo of Bryan Conley Drivers License | |
| 70 | Text messages from R.W to M.W (bubble format) | |
| 71 | Text messages from R.W to R.W (bubble format) | |
| 72 | Voicemail from Robert Weller | |
| 73A | Voicemail from Martha Weller | |
| 73B | Voicemail from Martha Weller | |
| 74 | Map showing Adina's general route travelled | |
| 75 | Map showing Rachel's general route travelled | |
| 76 | Incident Detail Report from 1/29/2019 | |

As part of this filing, the United States stipulates as to the authenticity of the exhibits. In addition, the United States will file notice of certifications pursuant to FRE 902.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/Joshua Judd
Joshua Judd

Assistant United States Attorney  
717 West Broadway  
Louisville, Kentucky 40202  
PH: (502) 582-5911

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Joshua Judd_____  
Joshua Judd  
Assistant United States Attorney