UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO: 3:23-CR-14-DJH

UNITED STATES OF AMERICA            PLAINTIFF

V.

BRYAN DOUGLAS CONLEY            DEFENDANT

## ORDER

This matter is before the Court on Defendant Bryan Douglas Conley's Motion in Limine to Exclude Certain Psychological Evaluations. [R. 27.] The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant Conley's Motion in Limine to Exclude Certain Psychological Evaluations [R. 27] is **GRANTED;**

2. All psychological and psycho-educational evaluations, and associated documents, identified, though not Bates stamped, as USA1713 - USA1766 are excluded from a trial in this matter.