# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Apex Police Department
**ORI:** NC0920200
**Case#:** 2018-001240
**Date / Time Reported:** 04/24/2018 18:32 Tue
**Last Known Secure:** 03/25/2018 00:00 Sun
**At Found:** 04/24/2018 15:00 Tue

**Location of Incident:** [redacted] Apex NC 27502-
**Premise Type:** Home Of Victim
**Zone/Tract:** 3

## Incident Data

**#1 Crime Incident(s):** Harassing Phone Calls / HARASSING PHONE CALLS (Com) M

## Victim

**# of Victims:** 1
**Type:** INDIVIDUAL/ NOT LAW
**Domestic:** N

**V1:** GLASS, ELIZABETH HEATHER
**Victim of Crime #:** 1
**Race/Sex:** W / F
**Resident Status:** Resident
**Home Address:** [redacted] Apex NC 27502-

## Property

Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  7 = Stolen  6 = Seized  5 = Recovered  8 = Unknown  ("OJ" = Recovered for Other Jurisdiction)

**Officer/ID#:** CORBETT, C.S. (6691)
**Invest ID#:** CORBETT, C.S. (6691)
**Supervisor:** KUTCHER, M.S. (8213)
**Case Status:** Exceptionally Cleared   04/25/2018
**Case Disposition:** Ec-victim Refused To   04/25/2018
**Page 1**

R_CS1IBR   Printed By: XAVALOS,   Sys#: 50548   11/29/2018 12:24

## INCIDENT/INVESTIGATION REPORT

*Apex Police Department*

Case # 2018-001240

Status Codes: 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   None

NARRATIVE

## REPORTING OFFICER NARRATIVE

| | | |
|---|---|---|
| Apex Police Department | | OCA: 2018-001240 |
| Victim: GLASS, ELIZABETH HEATHER | Offense: HARASSING PHONE CALLS | Date / Time Reported: Tue 04/24/2018 18:32 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Synopsis: I, Officer Corbett with the Apex Police Department, was on duty and in uniform operating my marked patrol car in the city of Apex on Tuesday, 04-24-2017. I responded to a report of Harassment at ▮▮▮▮▮▮.

Investigation Notes: On Tuesday, 04-24-2017 at 1832 hours I responded to the Apex Police Department in reference to harassment. Upon arrival I spoke with the caller, Elizabeth glass, who stated she was having issues with a man she had just met. The male was identified only as Bryan Conley. Elizabeth stated that she had met Bryan on an online game and began speaking with him. In late March 2018 Elizabeth stated that her and Bryan met up and had sexual relations. Elizabeth learned that Bryan was in the military and lived in Tennessee.

After Bryan left North Carolina Elizabeth has been receiving numerous messages from Bryan. Elizabeth stated that none of the messages are threatening. Elizabeth stated that Bryan has been messaging her since March 25th. Elizabeth has told Bryan to stop messaging her but also has been messaging him back as well. Elizabeth also stated that Bryan was using different numbers to contact her. Elizabeth just wanted the incident reported, but no prosecution at this time.

I advised Elizabeth to contact her phone provider to block all contact from Bryan, as well as a no contact order.

Disposition: Closed.

# Incident Report Additional Suspect List

*Apex Police Department*

OCA: 2018-001240

Additional Suspect List — Page 3

**SUSPECT**

| Name (Last, First, Middle): Conley, Bryan | Also Known As | Home Address: , TN |

| Empl/Occu | Business Address |

| DOB / Age | Race: W | Sex: M | Eth | Hgt | Wgt | Physical Char |

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

Dir of Travel | Mode of Travel

Veh Yr/Make/Model | Style | Color | Lic/Lis | Vin

R_CS8NC   XAVALOS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

BRYAN DOUGLAS CONLEY,

    Defendant.

Case No. 3:23-CR-00014-DJH

## ORDER

This matter is before the Court on Defendant Bryan Douglas Conley's Motion in Limine to Exclude Certain Text Messages. [R. 28.] The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant Conley's Motion in Limine to Exclude Certain Text Messages [R. 28] is **GRANTED**;

2. The government is hereby prohibited from introducing the text messages, or the substance of the text messages, allegedly sent by Mr. Conley to K.C. and Elizabeth Heather Glass; the text messages are hereby excluded from a trial in this matter.

This the ____ day of _____, 20___.