3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                                   CRIMINAL ACTION NO. 3:23-CR-14-DJH

BRYAN DOUGLAS CONLEY                                                                  DEFENDANT

## PROPOSED ORDER

The United States moved in limine to exclude the testimony of John R. Mallery. The motion of the United States is granted.

3