**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO: 3:23-CR-14-DJH**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |

V.     **ORDER**

| | |
|---|---|
| BRYAN DOUGLAS CONLEY | DEFENDANT |

This matter is before the Court on Defendant Bryan Douglas Conley's Motion in Limine to Exclude Evidence Related to Econo Lodge Theft. The Court being sufficiently advised,

IT IS HEREBY ORDERED as follows:

1. Defendant Conley's Motion in Limine to Exclude Evidence Related to Econo Lodge Theft is GRANTED; and

2. Any and all evidence related to the alleged theft of a television from the Econo Lodge in Cave City, Kentucky is hereby excluded from a trial in this matter.