

# U.S. Department of Justice

*United States Attorney*
*Western District of Kentucky*

MAB/JDJ

717 West Broadway
Louisville, KY 40202
Website: www.justice.gov/usao/kyw

Phone: 502-582-5911
Fax: 502-582-5097

February 23, 2023

Joshua Barnette
Stites and Harbison, PLLS
250 West Main Street, Suite 2300
Lexington, KY 40507-1758

    RE:  **Bryan Douglas Conley (3:23-CR-14-DJH)**

Dear Mr. Barnette:

As you are aware from our discussions, the United States does not intend to present Fed. R. Evid. 702 expert opinion testimony in the trial of Bryan Conley.

I write at this time to provide notice that the United States will present information from a digital forensic examiner ("DFE"), Erik Vokoun, regarding the extraction contents of the cellular devices belonging to Bryan Conley, R.W., and R.W.'s parents. The United States does not believe that this constitutes expert testimony since we do not intend to present opinion testimony from the witness.

I also write as a courtesy to advise you about what DFE Vokoun is expected to testify regarding the information contained on the device believed to belong to Bryan Conley:

1. Device identifying information
2. Device location information
3. Plenty of Fish ("POF") accounts – There are seven different POF accounts accessed by the device. This is known because of emails, cookies, and images on the device. The device does not detail when the accounts were created, but does detail when they were accessed.

| Username | Date |
|---|---|
| 8008sloose | 1/28/2019 2:51:55 PM(UTC-6) |
| Simpleman1013 | 1/28/2019 8:30:41 AM(UTC-6) |
| loveiseasy678888 | 1/24/2019 6:34:13 PM(UTC-6) |
| Loveiseasy1198 | 10/30/2018 10:49:38 AM(UTC-5) |
| BryantH101B | 10/3/2018 12:14:31 PM(UTC-5) |
| HooperB10q | 10/1/2018 6:08:46 PM(UTC-5) |

4. Email accounts accessed or used from the device – There are five email accounts accessed by the device. In addition, the extraction documents phone numbers and accountholder names associated with the email accounts and where the email accounts were found (user accounts for Gmail, Google, Android Chrome, TextMe, and Yahoo)

| Address |
|---|
| Lancedebeers101@gmail.com |
| bryandconley@gmail.com |
| bhtown101b@gmail.com |
| bc.conley@yahoo.com |
| Bhooper101g@gmail.com |

5. Images
6. Internet searches and associated dates of the searches
7. Call log
8. Text messages
9. TextMe messages
10. TextNow messages
11. And other information disclosed in "KRC221229001 Report of Examination" and the "Bryan Conley's Samsung Galaxy S8+_Cellebrite_Report.ufdr"

Similarly, DFE Vokoun will testify about the information found on the device believed to belong to the R.W.

1. Device location information
2. Email messages
3. Text messages
4. Images
5. Videos
6. Voicemails
7. Call log, to include deleted calls



8. And other information disclosed in report "KRC221229001" and the "Rachel Weller's iPhone 8 Plus_Cellebrite_Report.ufdr"

DFE Vokoun will also testify about the information found on the devices belonging to R.W.'s mother and father.

1. Device location information
2. Text messages
3. Images
4. And other information disclosed in "KRC230113002 Technical Report," "Robert Weller's Apple_iPhone 7 (A1660)_Communications_Report.ufdr," and "Martha Weller's Apple_iPhone 8 Plus (A1864)_Communications_Report.ufdr"

Generally, DFE Vokoun will testify about the device extraction process, what was found during the extractions (e.g. location, POF accounts, email accounts, etc.), and the associated/allied data (e.g. date and time, whether it was deleted, etc.). The reports and extraction files referenced above and the qualifications of the DFE Vokoun were included in prior disclosures.

In addition, I have attached a certification in accordance with Fed. R. Evid. 902(14) regarding the extractions that DFE Vokoun conducted, which constitute "data copied from an electronic device…authenticated by a process of digital identification."

Please contact me if you have additional questions about the testimony regarding the forensic examination.

MICHAEL A. BENNETT
United States Attorney

_____
Joel King
Special Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, Kentucky 41017
(859) 652-7034
joel.king@usdoj.gov

## CERTIFICATE OF AUTHENTICITY OF DATA COPIES FROM AN ELECTRONIC DEVICE, STORAGE MEDIA PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) and 902(14)

I, Erik Vokoun, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

1. I am employed by the Federal Bureau of Investigation, and my title is Digital Forensic Examiner (DFE). I have been certified as a DFE for over two (2) years. As a DFE with the FBI, I have training and experience acquiring evidence from digital devices, including mobile devices. Specifically, I have attended mobile device training on the tools used for this case.

2. I am qualified to authenticate data copied from the electronic devices listed below because of my experience and training, and I created or had personal involvement in the creation of each of the digital extractions below:

| Original Device | Specimen ID | Extraction Identifiers |
|---|---|---|
| Apple iPhone 8 Plus, Model: D21AP, IMEI: 350905822665192 Agency Item Number: 1B6 | KRC006030 | "Full File System Extraction" File system Extraction.zip MD5: 53E9BAC1A48ABA4ED740EECEE8C2F426 |
| Samsung Galaxy S8+, Model: SM-G955U, IMEI: 355989084777502 Agency Item Number: 1B7 | KRC006031 | "Physical Extraction" blk0_mmcblk0.bin MD5: 49DCF11AC9545D63C67D7BB8F924ABB8<br><br>blk0_sda.bin MD5: 88409F27BA772A8DA3D4711BA8946E76<br><br>blk16_sdb.bin MD5: 1993E15B56658E48329FE04AB050C5D2<br><br>blk32_sdc.bin MD5: 678944A1B22CC24136018D6A5E387CB0<br><br>blk48_sdd.bin MD5: 9E84D73036686FB7F47CB0376C50EF5B |

3. The extractions identified above were made on December 30, 2022 and January 2, 2023, using specialized forensic acquisition technology from Cellebrite. In my training and experience, this forensic tool creates an accurate and reliable copy of data contained on digital devices, and I have regularly relied on this tool to acquire digital evidence in the past.

4. Furthermore, I know that the forensic copying process was complete and accurate because the forensic software generated a hash (i.e., digital fingerprint) of the resulting extraction files and because the software expressly indicated that the extraction was successful.

5. In accordance with Federal Rule of Evidence 803(6) and 902(11), all records attached to or referenced by this certificate:

    a. were made at or near the time by a person with knowledge;
    b. were kept in the course of regularly conducted activity of the FBI;
    c. and making the records are a regular practice of that activity.

   I further state that this certification is intended to satisfy Rules 902(11) and 902(14) of the Federal Rules of Evidence.

_2/23/2023_   _[signature]_
Date          Signature