Larry Simon <larrysimonlawoffice@gmail.com>

## US v. Conley - Expert Witness Notice
1 message

King, Joel (USAKYE) <Joel.King@usdoj.gov>    Fri, Oct 6, 2023 at 4:31 PM
To: Larry Simon <larrysimonlawoffice@gmail.com>
Cc: "Judd, Joshua (USAKYW)" <Joshua.Judd@usdoj.gov>

Larry,

In accordance with Rule 16 and the Court's scheduling order which imposes a rebuttal expert witness disclosure deadline of October 9th, please see the attached letter detailing our notice.

Please let us know if you have any questions.

**JOEL KING**

Assistant United States Attorney

Eastern District of Kentucky

207 Grandview Drive, Suite 400

Ft. Mitchell, KY  41017

Ph: (859) 652-7034

Cell:  (859) 338-9509

joel.king@usdoj.gov



*Please be advised that all emails sent to this address are archived and retained by the United States Department of Justice.*

2 attachments

 **Expert Disclosure (Vokoun)_signed.pdf**
1143K

 **DFE Erik Vokoun (FBI) CV.pdf**
491K



# United States Department of Justice

## United States Attorney's Office
## Western District of Kentucky

---

AUSA Joel King
Phone: (859) 652-7034
E-mail: joel.king@usdoj.gov

207 Grandview Drive
Suite 400
Ft. Mitchell, Kentucky 41017-2762

October 5, 2023

**VIA EMAIL**

Larry Simon
471 West Main Street
Suite 200, Louisville, KY 40202

   Re: *United States v. Bryan Conley*
     Criminal No. 3:23-cr-14-DJH

Dear Mr. Simon:

  Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and the Court's pretrial scheduling order, the United States provides notice of its intention to call Federal Bureau of Investigation (FBI) Digital Forensics Examiner Erik M. Vokoun as an expert witness during trial.

  As previously detailed in a February 23, 2023 letter and as discussed on various occasions since, DFE Vokoun is an expert in accordance with Federal Rule of Evidence 702, but will not offer opinion testimony. Rather, he will testify about his extraction, processing, analysis, and evaluation of digital evidence, which relied on DFE Vokoun's specialized training and expertise. Therefore, we provide notice of Erik Vokoun as an expert witness out of an abundance of caution.

  DFE Vokoun will provide testimony regarding a forensic examination of the Defendant's, victim R.W., M.W., and R.A.W.'s cellular devices SIM cards, and flash memory. DFE Vokoun will detail the extraction process and the analysis of the extracted data.

  Regarding the Defendant's cellular device, DFE Vokoun will testify about:



# United States Department of Justice

## United States Attorney's Office
## Western District of Kentucky

---

AUSA Joel King
Phone: (859) 652-7034
E-mail: joel.king@usdoj.gov

207 Grandview Drive
Suite 400
Ft. Mitchell, Kentucky 41017-2762

1. Device identifying information
2. Device location information
3. Plenty of Fish ("POF") accounts – There are six different POF accounts accessed by the device. This is known because of emails, cookies, and images on the device. The device does not detail when the accounts were created but does detail when they were accessed.

| Username | Date |
|---|---|
| 8008sloose | 1/28/2019 2:51:55 PM(UTC-6) |
| Simpleman1013 | 1/28/2019 8:30:41 AM(UTC-6) |
| loveiseasy678888 | 1/24/2019 6:34:13 PM(UTC-6) |
| Loveiseasy1198 | 10/30/2018 10:49:38 AM(UTC-5) |
| BryantH101B | 10/3/2018 12:14:31 PM(UTC-5) |
| HooperB10q | 10/1/2018 6:08:46 PM(UTC-5) |

4. Email accounts accessed or used from the device – There are five email accounts accessed by the device. In addition, the extraction documents phone numbers and accountholder names associated with the email accounts and where the email accounts were found (user accounts for Gmail, Google, Android Chrome, TextMe, and Yahoo)

| Address |
|---|
| Lancedebeers101@gmail.com |
| bryandconley@gmail.com |
| bhtown101b@gmail.com |
| bc.conley@yahoo.com |
| Bhooper101g@gmail.com |

5. Images
6. Internet searches and associated dates of the searches
7. Call log
8. Text messages



**United States Department of Justice**

**United States Attorney's Office**
**Western District of Kentucky**

---

AUSA Joel King
Phone: (859) 652-7034
E-mail: joel.king@usdoj.gov

207 Grandview Drive
Suite 400
Ft. Mitchell, Kentucky 41017-2762

9. TextMe messages
10. TextNow messages
11. All information disclosed in "KRC221229001 Report of Examination" and the "Bryan Conley's Samsung Galaxy S8+_Cellebrite_Report.ufdr"

Similarly, DFE Vokoun will testify about the information found on the device believed to belong to the R.W.

1. Device location information
2. Email messages
3. Text messages
4. Images
5. Videos
6. Voicemails
7. Call log, to include deleted calls
8. All information disclosed in report "KRC221229001" and the "R_____ W_____'s iPhone 8 Plus_Cellebrite_Report.ufdr"

Lastly, DFE Vokoun will testify about the information found on the devices belonging to M.W and R.A.W.

1. Device location information
2. Text messages
3. Images
4. All information disclosed in "KRC230113002 Technical Report," "R_____ W_____'s Apple_iPhone 7 (A1660)_Communications_Report.ufdr," and "M_____ W_____'s Apple_iPhone 8 Plus (A1864)_Communications_Report.ufdr"

The reports and extraction files referenced above and the qualifications of the DFE Vokoun were included in prior disclosures, but can be resent for your convenience. The United States will create trial exhibits containing subsets of the data obtained by this expert. I provided an exhibit draft on May 25, 2023 and will provide a more finalized



# United States Department of Justice

## United States Attorney's Office
## Western District of Kentucky

*AUSA Joel King*
*Phone: (859) 652-7034*
*E-mail: joel.king@usdoj.gov*

*207 Grandview Drive*
*Suite 400*
*Ft. Mitchell, Kentucky 41017-2762*

copy prior to trial. DFE Vokoun's testimony will include authenticating and explaining the data in such exhibits.

Enclosed please find the DEF Vokoun's updated CV which includes sworn testimony. DFE Vokoun has not authored publications.

Sincerely,

MICHAEL A. BENNETT
United States Attorney

Joel King
Special Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, Kentucky 41017
(859) 652-7034
joel.king@usdoj.gov

The undersigned proposed expert witness has reviewed and approves this disclosure.

Date: 10/5/2023

Mr. Erik Vokoun
FBI Digital Forensic Examiner

4