

Samsung Galaxy S8+ -- January 28, 2019



Apple iPhone 8 Plus – January 29 – 30, 2019


Samsung Galaxy S8+ - January 29 - 30, 2019