**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO: 3:23-CR-14-DJH**

UNITED STATES OF AMERICA                                                       PLAINTIFF

V.

BRYAN DOUGLAS CONLEY                                                         DEFENDANT

## ORDER

*Electronically Filed*

Motion having been made, and the Court having been duly advised,

IT IS HEREBY ORDERED that Digital Forensic Examiner (DFE) Erik Vokoun be and the same hereby is precluded from testifying as an expert at the trial of this action.

IT IS FURTHER ORDERED that DFE Vokoun is precluded from testifying in any way to offer explanation, extrapolation, analysis, and/or opinions regarding the data retrieved from the cellular phones involved in this action.