# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cr-14-DJH |
| ) | |
| BRYAN DOUGLAS CONLEY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

### *Electronically Filed*

Comes the Defendant, BRYAN DOUGLAS CONLEY, by counsel, and provides notice that the exhibits to DN 89 are described as follows:

EXHIBIT 1:   Affidavit for Search Warrant in 3:19-mj-453, at pp. 18-19, 56-57.

EXHIBIT 2    Apex, North Carolina, Police Report. Case No. 2018-00-1240.

    Respectfully submitted,

    /s/ LARRY D. SIMON
    Attorney for Bryan Douglas Conley
    American Life Building
    471 West Street – Suite 200
    Louisville, KY 40202
    (502) 589-4566
    larrysimonlawoffice@gmail.com

## CERTIFICATE

I certify a copy of the foregoing was filed electronically on November 14, 2023.

/s/ LARRY D. SIMON