## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cr-14-DJH |
| ) | |
| BRYAN DOUGLAS CONLEY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

*Electronically Filed*

Comes the Defendant, BRYAN DOUGLAS CONLEY, by counsel, and provides notice that the exhibits to DN 92 are described as follows:

EXHIBIT 1:   Letter, Joel King to Joshua Barnette, February 23, 2023.

EXHIBIT 2:   Letter, Joel King to Larry Simon, October 5, 2023.

EXHIBIT 3:   Google Earth location maps (proposed Government exhibits).

                                                       Respectfully submitted,

                                                       /s/ LARRY D. SIMON
                                                       Attorney for Bryan Douglas Conley
                                                       American Life Building
                                                       471 West Street – Suite 200
                                                       Louisville, KY 40202
                                                       (502) 589-4566
                                                       larrysimonlawoffice@gmail.com

## CERTIFICATE

I certify a copy of the foregoing was filed electronically on November 14, 2023.

<u>/s/ LARRY D. SIMON</u>