UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    CRIMINAL ACTION NO. 3:23-CR-14-DJH

BRYAN DOUGLAS CONLEY                                        DEFENDANT

## **PROPOSED ORDER**

Defendant Bryan Douglas Conley moved in limine to exclude evidence.  The United States does not intend to introduce that evidence.  The motion is denied as moot.