UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                                                        CRIMINAL ACTION NO. 3:23-CR-14-DJH

BRYAN DOUGLAS CONLEY                                                                                    DEFENDANT

## UNITED STATES RESPONSE

Defendant Bryan Douglas Conley moved in limine to exclude introduction of evidence relating to the theft of a television from a hotel room occupied by Conley in June 2019, immediately prior to Conley cutting his GPS location ankle monitor and fleeing from prosecution. The motion was originally filed as DN 29 and again as DN 91. The theft of the television is likely relevant to Conley's flight to avoid prosecution. Conley would have needed some financial resources to run from law enforcement. In any event, the United States does not intend to introduce the report or have testimony regarding the theft of the television.

This court should deny Motion in Limine as moot.

Respectfully submitted,

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

*s/ Joshua Judd*
Assistant U.S. Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911

## CERTIFICATE OF SERVICE

I certify that this pleading was electronically filed using the Court's ECF system on November 20, 2023, with notice to counsel for defendant.

*s/ Joshua Judd*
Assistant U.S. Attorney