UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY, Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a final pretrial conference on December 6, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Joshua Judd |
| | Joel King |
| For Defendant: | Larry Simon |

The defendant was present. Counsel informed the Court that the parties are ready for trial. The Court and counsel discussed the trial schedule and reviewed jury-selection procedures, to which the parties had no objection. The Court and counsel also discussed the pending motions in limine, as well as a composite exhibit that the government intends to introduce at trial. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The trial of this matter will commence at **9:00 a.m.** on **December 11, 2023**, at the U.S. Courthouse in Louisville, KY. Counsel shall be present in court by **8:30 a.m**.

(2) The United States shall submit the composite exhibit for in-camera review by **December 7, 2023,** at **12:00 p.m.** The defense may preview any objections by the close of business **December 8, 2023**.

1

(3) The defendant's motion in limine to exclude psychological evaluations (D.N. 88) is **DENIED** as moot.

(4) The defendant's motion in limine to exclude text messages (D.N. 89) is **DENIED** as moot.

(5) The government's motion in limine to exclude the testimony of John R. Mallery (D.N. 90) is **DENIED** as moot.

(6) The defendant's motion to in limine to exclude evidence of an Econo Lodge theft (D.N. 91) is **DENIED** as moot.

(7) The defendant's motion in limine to exclude the testimony of Erik Vokoun (D.N. 92) is **DENIED** as set forth in the memorandum and order to follow.

December 6, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/45
Court Reporter: Dena Legg