UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Plaintiff,** |
| v. | Criminal Action No. 3:23-cr-14-DJH |
| **BRYAN DOUGLAS CONLEY,** | **Defendant.** |

\* \* \* \* \*

### AGREED MOTION FOR PROTECTIVE OR FOR MATERIALS UNDER JENCKS (18 U.S.C. § 3500)

The United States and Defendant Bryan Conley through agreement of counsel file this Motion for a Protective Order and related to the release of information pursuant to the Jencks act (18 U.S.C. § 3500) in the above matter. The undersigned Assistant United States Attorney has conferred with counsel for the Defendant, who is in agreement with the filing of this Motion and Agreed Order.  The United States believes a protective order for the disclosure of materials in advance of trial is necessary due to the victim's age at the time of the offense and the provisions of the Crime Victims' Rights Act.  The United States intends to provide early production of Jencks materials to Defendant Conley's attorney to use to prepare for trial and to facilitate the efficient use of time during trial.

Personal information pertaining to the minor victim is intertwined in the communications and other materials covered by Fed. R. Crim. P. 16 and the Court's discovery Order. Additionally, the United States intends to provide copies of forensic interviews conducted with the victim at a Child Advocacy Center to defense counsel as early Jencks. The interviews contain highly sensitive information. The materials should not be distributed beyond defense counsel and any member of the defense team as needed to prepare for litigation because further

disclosure/distribution would be detrimental to the welfare and well-being of the victim and violative of her right to privacy. See 18 U.S.C. § 18 U.S.C. § 3771(a)(8); see also 18 U.S.C. §§ 3509(d)(1) and (d)(3).

Therefore, the parties respectfully request an agreed order protecting the material from unnecessary disclosure:

1. Keep all documents and records that disclose such information in a secure place to which no person who does not have reason to know their contents has access; and,

2. Disclose such documents, records, or information only to persons identified below who, by reason of their participation in this proceeding, have reason to know such information:

   a. All employees of the United States connected with the case, including employees of the Department of Justice, and federal law enforcement agencies involved in the case, and any person hired by the United States to provide assistance in the proceeding;

   b. Employees of the court; and,

   c. The defendants may view the materials in preparation for trial and to assist his attorney in his defense. His attorney shall maintain custody of the materials. The defendant may not retain, disseminate, or reproduce the materials, or distribute the materials outside of the judicial proceedings in the Courts of the United States related to his criminal case.

   .

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

        S/Joshua Judd
        Joshua Judd
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 4202

**CERTIFICATE OF SERVICE**

On December 8, 2023, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all Counsel of record.

        *S/Joshua Judd*
        Joshua Judd
        Assistant United States Attorney