UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY,     Defendant.

\* \* \* \* \*

### ORDER

The United States moves for entry of a protective order governing discovery in this case. (Docket No. 110) The motion is unopposed. (*See id.*) As grounds for its motion, the government states that "a protective order for the disclosure of materials in advance of trial is necessary due to the [minor] victim's age at the time of the offense and the provisions of the Crime Victims' Rights Act." (*Id.*, PageID.920) In light of this explanation, the Court finds that good cause exists to restrict discovery pursuant to Federal Rule of Criminal Procedure 16(d)(1). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the unopposed motion for protective order (D.N. 110) is **GRANTED**. The protective order will be entered separately.

December 8, 2023

David J. Hale, Judge
United States District Court

1