# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA,**                                           **Plaintiff,**

v.                                    **Criminal Action No. 3:23-cr-14-DJH**

**BRYAN DOUGLAS CONLEY,**                                        **Defendant.**

\* \* \* \* \*

## AGREED ORDER FOR PROTECTIVE OR FOR JENCKS MATERIALS
## (18 U.S.C. § 3500)

This matter is before the Court on the agreed motion of the United States of America and counsel for Bryan Conley, citing 18 U.S.C. § 3771(a)(8) as well as §§ 3509(d)(1) and (d)(3), for a Protective Order governing the discovery in the case at bar. IT IS ORDERED as follows:

Therefore, the parties respectfully request an agreed order protecting the discovery and Jencks Act Material from unnecessary disclosure:

1. Keep all documents and records that disclose such information in a secure place to which no person who does not have reason to know their contents has access; and,

2. Disclose such documents, records, or information only to persons identified below who, by reason of their participation in this proceeding, have reason to know such information:

    a. All employees of the United States connected with the case, including employees of the Department of Justice, and federal law enforcement agencies involved in the case, and any person hired by the United States to provide assistance in the proceeding.

    b. Employees of the court; and,

c. The defendant may view the materials in preparation for trial and to assist his attorney in his defense. Defendant's attorney shall retain the materials. The defendant may not retain, disseminate, or reproduce the materials related to minor victim, or distribute the materials outside of the judicial proceedings in the Courts of the United States related to his criminal case. Agreed to by:

S/Larry Simon          (with permission)
Larry Simon
Counsel for Defendant Bryan Conley

S/Joshua Judd
Joshua Judd
Assistant United States Attorney

IT IS SO ORDERED.

David J. Hale, Judge
United States District Court

December 8, 2023