UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                        PLAINTIFF

v.                        CRIMINAL ACTION NO. 3:23-CR-00014-L-DJH

BRYAN CONLEY                        DEFENDANTS

## UNITED STATES' PROPOSED EXHIBIT LIST
*Filed Electronically*

Comes the United States, by counsel, and submits the following exhibit list:

| Exhibit No. | Description | Bates |
|---|---|---|
| 1 | Audio of Bryan Conley Interview 1/30/2019 Part 1 (1:06:39) | USA-000001 |
| 2 | Transcript Part 1 from audio of Bryan Conley Interview 1/30/2019 | USA-000886- USA-000967 |
| 3 | Audio of Bryan Conley Interview 1/30/2019 Part 2 (56:36) | USA-000002 |
| 3A | Clipped Audio of Bryan Conley Interview 1/30/2019 Part 2 (0:00 – 49:02) | |
| 4 | Transcript Part 2 from audio of Bryan Conley Interview 1/30/2019 | USA-002046- USA-002107 |
| 4A | Redacted Transcript Part 2 from audio of Bryan Conley Interview 1/30/2019 | |
| 5 | Extended Stay Hotel Receipt-Bryan Conley 1/27-28/19 9020 Church Street Brentwood, TN | USA-000624- USA-000626 |
| 6 | Photos gag pic from R.W. phone | USA-000020 |
| 7-A | Screenshot of threatening text messages sent to R.W.'s parents "You have ten minutes to be on road or I sell her ass" | USA-000021 |
| 7-B | Screenshot of threatening text messages sent to R.W.'s parents "One more lie she's dead" | USA-000022 |
| 7-C | Screenshot of threatening text messages sent to R.W.'s parents "in 1 hour they will start raping her ass" | USA-000025 |
| 7-D | Screenshot of threatening text messages sent to R.W.'s parents "You listen or I send you pic of her body" | USA-000027 |

| Exhibit No. | Description | Bates |
|---|---|---|
| 8 | Photo of Kroger Fuel Receipt (Shepherdsville, KY 1/29/19 1:47 pm) found on Bryan Conley | USA-000036 |
| 9 | Handwritten list of items seized and currency count from Bryan Conley's person at time of arrest on 1/30/19 | USA-000037-USA-000039 USA-001411-USA-001413 |
| 10-A | Photo of money, credit cards, and receipts found on Bryan Conley after arrest | USA-000031 |
| 10-B | Photo of money found on Bryan Conley after arrest | USA-000032 |
| 10-C | Photo of money found on Bryan Conley after arrest | USA-000033 |
| 10-D | Photo of cards found on Bryan Conley after arrest | USA-000034 |
| 10-E | Photo of Kroger Receipt (Shepherdsville, KY 1/29/19 1:47 pm) found on Bryan Conley after arrest | USA-000036 |
| 11 | Kroger "PVM" CCTV Surveillance Video located at 185 Adam Shepherd Parkway Shepherdsville, KY 1/29/19 1:31:59 PM to 1:54:54 full video (Made available to defense for viewing) Certified on 4/8/2019 USA-002300 | USA-000616-USA-000617 |
| 11-A | Clip Kroger "PVM" CCTV Surveillance Video located at 185 Adam Shepherd Parkway Shepherdsville, KY 1/29/19 1:46:20 to 1:47:10 | |
| 11-B | Still shot photo of Conley from Kroger CCTV located at 185 Adam Shepherd Parkway Shepherdsville, KY on 1/29/19 01:46:52 pm<br><br>Certified on 4/8/2019 USA-002300 | USA-000615 |
| 12 | Pin drop map showing where the money and jewelry was dropped on 1/30/2019 | USA-000046 |
| 13-A | Photo of drop money (4 x $20, 1 x $10) | USA-000041 |
| 13-B | Photo of drop money (5 x $20) | USA-000042 |
| 13-C | Photo of drop money (5 x $20) | USA-000043 |
| 13-D | Photo of drop money (5 x $20) | USA-000044 |
| 13-E | Photo of drop money (3 x $5) | USA-000045 |
| 13-F | Photo of Jewelry for drop on 1/30/2019 | USA-000620 USA-001458 |
| 13-G | Photo of money for drop on 1/30/2019 | USA-000621 USA-001459 |

| 14 | Serial number comparison of drop money vs money on Bryan Conley at arrest | USA-000968 |
|---|---|---|
| 15 | Photos of Conley's Ford Taurus from 2/6/2019 (96 total photos) | USA-00640-USA-00735 |
| 15A | Photo log for Search of Conley's Ford Taurus from 2/6/2019 | USA-002917-USA-002920 |
| 16 | Photo of Clarksville, TN Walmart receipt dated 1/28/19 found during the search of Conley's Taurus on 2/6/2019. Receipt lists the purchase of rope and zip ties | USA-002044 |
| 17 | Walmart (Clarksville, TN) Transaction Record<br><br>Certified on 4/18/2019 USA-002343 | USA-002344 |
| 18 | Still shots from checkout from 1/28/19 17:02 Walmart purchase of rope and zip ties<br>Certified on 4/18/2019 USA-002343 | USA-002345 |
| 19 | R.W. (dad) phone chat log | USA-000003-USA-000004 |
| 20 | M.W. (mom) phone chat log | USA-000005-USA-000019 |
| 20A | Picture of R.W. sent from R.W. phone to M.W. phone on 1/29/2019 at 9:35:20 PM (UTC-6) | |
| 20B | Picture of exit sign sent from M.W. phone to R.W. phone on 1/30/2019 at 11:46:51 PM (UTC-6) | |
| 20C | Picture of drop McDonalds bag sent from M.W. phone to R.W. phone on 1/30/2019 at 3:27:52PM (UTC-6) | |
| 20D | Picture of map sent from M.W. phone to R.W. phone on 1/30/2019 at 3:29:17 PM (UTC-6) | |
| 21 | 2023 Cellebrite Forensic Extraction Reports of R.W.'s Apple iPhone 8 (615) 636-5512<br>(Made available to defense) | USA-004960 |
| 21-A | Call Log Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 21-B | Chats Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 21-C | Contacts Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 21-D | Emails Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 21-E | Instant Messages Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |

| 21-F | Web History Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
|---|---|---|
| 21-G | Preliminary Device Report from Cellebrite Extraction of R.W.'s Apple iPhone 8 | |
| 22 | Subscriber Information from R.W. (615) 636-5512 Certification on 3/11/2019 USA-002227 | USA-002232 |
| 23 | GPS Location data for R.W.'s iPhone from Verizon (615) 636-5512 | USA-001612- USA-001712 |
| 24-A | Photo of McDonalds receipt from SA Phillips review of physical evidence on 3/15/2019 | USA-002041 |
| 24-B | Photo of notebook from SA Phillips review of physical evidence on 3/15/2019 | USA-002042 |
| 24-C | Photo Conley resume from SA Phillips review of physical evidence on 3/15/2019 | USA-002043 |
| 25 | Still photo of Conley walking into Walmart on 1/28/2019 | USA-001235 |
| 26-A | Surveillance video at door of Walmart of Conley walking in from 1/28/2019 11:50:57 to 11:52:42 | USA-000030 |
| 26-B | Still photo of Conley walking into Walmart on 1/28/2019 11:52:25 | |
| 26-C | Still photo at door of Walmart on 1/29/2019 | USA-001234 |
| 27-A | Walmart overhead video of Conley's declined transaction of purchase from 1/28/2019 11:59:52 to 1/29/2019 12:08:34 | USA-000028 |
| 27-B | Still overhead photo of Walmart checkout 1/29/2019 12:00.10 | |
| 27-C | Still overhead photo of Walmart checkout on 1/29/2019 | USA-001230 USA-001397 |
| 28-A | Surveillance video outside Walmart of grey Ford Taurus on 1/29/2019 from 12:02:47 to 12:04:50 | USA-000029 |
| 28-B | Still Photo of outdoor Walmart Surveillance on 1/29/2019 showing Grey Ford Taurus | USA-001232 USA-001399 |
| 29 | Walmart Credit Card Records from failed transaction on 1/29/2019 Certification 4/12/2019 USA-001234 | USA-001241 |

| | | |
|---|---|---|
| 30 | 2023 Cellebrite Forensic Extraction Report of Bryan Conley's Samsung Galaxy<br><br>(Made available to defense) | USA-002922 |
| 30-A | Emails Report from Cellebrite extraction on Bryan Conley's Samsung Galaxy | |
| 30-B | Call Log Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-C | Chats Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-D | Contacts Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-E | Cookies Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-F | Device Locations Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-G | Device Users Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-H | Instant Messages Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-I | User Accounts Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-J | Web History Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-K | Images Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-L | Videos Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-M | TextMe External Files Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-N | POF Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-O | Preliminary Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy | |
| 30-P | Chat between Bryan & R.W. Report from Cellebrite extraction of Bryan Conley's Samsung Galaxy (144 pages) | |
| 31 | Subscriber Information for phone (915) 241-7423 Certification USA-002302 | USA-002293-USA-002295 |
| 32 | Toll analysis and Call Detail Report from Sprint for Brian Conley's Galaxy (915) 241-7423<br>Certification on 2/22/2019 USA-002302 | USA-002213 |
| 33 | Ankle bracelet tracking map 6/21/2019 | USA-002181 |

| | | |
|---|---|---|
| 34 | Photo of field with cut ankle bracelet 6/21/2019 | USA-002182-USA-002188 |
| 35 | USAA report showing failed attempts to login on 1/29/2019 at 8:54:55 am | USA002559-USA-002563 |
| 36 | FDIC certification for USAA | USA-002916 |
| 37 | Photo of Office Items given to R.W. | USA-000970 |
| 38 | Account subscriber information from google for loveiseasy2862@gmail.com<br>Certification on 5/31/19 USA-002360 | USA-002362 |
| 39 | Account subscriber information from google for bhtown101b@gmail.com<br>Certification on 7/2/19 USA-002368 | USA-002366 |
| 40 | Receipt and Confirmation from Bryan Conley's Super8 stay on 11/10/2018<br>Certification USA-002591 | USA-002364-USA-002365 |
| 41 | TextNow subscriber information for loveiseasy2862 and 9157773617<br>Certification USA-002704 | USA-002350-USA-002351 |
| 42 | Plenty of Fish Account Information for R.W.<br>Certification on USA-002555 | USA-002554-USA-002557 |
| 43 | Bryan Conley Waiver of Appearance for Arraignment and Entry of Plea for 3:19CR00019 (Docket Entry 26,26-1, & 26-2) | |
| 44 | Photo of Chase Checking account x4417 available balance | USA-002873 |
| 45 | Photo POF profile account Loveiseasy1198 with pig photo (Sent to Defense) | |
| 46 | Cellular Device Extraction | |
| 47-A | A.Y. video 1 | |
| 47-B | A.Y. video 1 with Meta Data | |
| 48-A | A.Y. video 2 | |
| 48-B | A.Y. video 2 with Meta Data | |
| 49 | TextMe Subscriber Information bhtown101b4414<br><br>Certification USA-002603 | USA-002606 |
| 50 | SMS Chat with Cynthia | USA-002929-USA-002933 |
| 51-A | Lance Photo | |
| 51-B | Lance Photo with Meta Data | |
| 52-A | Lance Photo | |
| 52-B | Lance Photo with Meta Data | |
| 53-A | Lance Photo | |
| 53-B | Lance Photo with Meta Data | |
| 54-A | Lance Photo | |

| | | |
|---|---|---|
| 54-B | Lance Photo with Meta Data | |
| 55-A | Lance Photo | |
| 55-B | Lance Photo with Meta Data | |
| 56-A | Lance Photo | |
| 56-B | Lance Photo with Meta Data | |
| 57-A | Pig Profile Photo | USA-002872 |
| 57-B | Pig Profile Photo with Meta Data | |
| 58-A | Apple Log In Screen Photo | |
| 58-B | Apple Log In Screen Photo with Meta Data | |
| 59-A | R.W Bio Info Photo | |
| 59-B | R.W. Bio Info Photo with Meta Data | |
| 60-A | R.W. ID photo | |
| 60-B | R.W. ID Photo with Meta Data | |
| 61-A | Contract Photo | |
| 61-B | Contract Photo with Meta Data | |
| 62-A | Contract Photo | |
| 62-B | Contract Photo with Meta Data | |
| 63-A | Contract Photo | |
| 63-B | Contract Photo with Meta Data | |
| 64-A | Contract Photo | |
| 64-B | Contract Photo with Meta Data | |
| 65-A | R.W. video tied up | USA-002750 |
| 65-B | R.W. video tied up Meta Data | |
| 65-C | R.W. video tied up transcript | USA-002423-USA-002431 |
| 66-A | R.W. video tied up | USA-002751 |
| 66-B | R.W. video tied up Meta Data | |
| 66-C | R.W. video tied up transcript | USA-002432-USA-002434 |
| 67 | Photo of Ryan Bass | |
| 68A | Photo of Bryant Hooper | |
| 68B | Photo of Bryant Hooper | |
| 69 | Photo of Bryan Conley Drivers License | |
| 70 | Text messages from R.W to M.W (bubble format) | |
| 71 | Text messages from R.W to R.W (dad) (bubble format) | |
| 72 | Voicemail from R.W. (dad) | |
| 73A | Voicemail from M.W. | |
| 73B | Voicemail from M.W. | |
| 74 | Map showing A.Y. general route travelled | |
| 75 | Map showing R.W.'s general route travelled | |

| 76 | Incident Detail Report from 1/29/2019 | USA-004966-USA-004980 |
|---|---|---|
| 77 | Order regarding Defendants Bond | |
| 78 | Appearance Bond & Conditions of Release | |
| 79 | Photo of A.Y. from November 2018 CAC Interview | |

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/Joshua Judd
Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Joshua Judd
Joshua Judd
Assistant United States Attorney

8