# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

## CRIMINAL COURT PROCEEDINGS – TRIAL

| Case Number: | 3:23cr-14 | Date: | | December 11, 2023 |
|---|---|---|---|---|
| Case Title: | United States v. Bryan Douglas Conley | | | |
| Before: | Judge David J. Hale | | | |

| Present | Court Reporter: | Dena Legg | |
|---|---|---|---|
| | Courtroom Deputy: | Natalie Thompson | |
| | United States: | Joshua Judd | |
| | | Joel King | |
| | | | |
| | Defendant: | Larry Simon | |
| | | | |
| | | | |

| Jury Impaneled & Sworn: | | Date: | 12/11/2023 |
|---|---|---|---|

| Introduction of Evidence for United States: | Begun: | |
|---|---|---|
| | Resumed: | |
| | Concluded: | |
| Introduction of Evidence for Defendant | Begun: | |
| | Resumed: | |
| | Concluded: | |

| Rebuttal Evidence: | | Sur-Rebuttal Evidence: | | | No Evidence Presented: | |
|---|---|---|---|---|---|---|

| | Case continued to | Date and time | | for further trial. |
|---|---|---|---|---|

| | Motion for Judgment of Acquittal: | | Granted: | | Denied: | | Submitted: | |
|---|---|---|---|---|---|---|---|---|

| | Jury retired to deliberate at: | | | Jury returned at: | |
|---|---|---|---|---|---|

| | Finding by Court: | | OR | | Jury Verdict: | |
|---|---|---|---|---|---|---|

| | Jury Polled: | | Polling Waived: | | Mistrial Declared: | |
|---|---|---|---|---|---|---|

| | Case continued to | | | for sentencing. |
|---|---|---|---|---|

| | Defendant to remain on bond: | | OR | Defendant to remain detained: | |
|---|---|---|---|---|---|

| Court Time: | 05/30 | | | Initials of Deputy Clerk: | | NWT |
|---|---|---|---|---|---|---|