# JURY LIST

## UNITED STATES V. BRYAN DOUGLAS CONLEY
Case Number: 3:23-CR-14
JUDGE DAVID J. HALE

**Date:** December 11, 2023

**Courtroom Deputy:** Natalie Thompson      **Court Reporter:** Dena Legg

**US:** _____      **Defendant:** _____

### Proposed Jury Panel
(Please make your strikes below & give back to the Courtroom Deputy)

1) 65
2) (247)
3) 271
4) 316
5) 322
6) 331
7) ~~332~~ △
8) ~~336~~ us
9) (337)
10) 401
11) 402
12) ~~406~~ us △
13) (411)
14) ~~412~~ △
15) (415)
16) 418
17) (422)
18) ~~425~~ us △
19) 429
20) ~~430~~ △
21) (436)
22) (441)
23) 442
24) 444
25) (447)
26) ~~449~~ us
27) 451
28) (464)
29) (466)
30) (467)
31) 468
32) 473
33) ~~475~~ △
34) 477
35) ~~479~~ △
36) 482
37) ~~486~~ us
38) ~~488~~ △
39) ~~490~~ us △
40) 493
41) (496)
42) (499)
43) (507)
44) ~~511~~ △
45) ~~515~~ △
46) _____
47) _____
48) _____

### Excused & Stricken For Cause

1) 8
2) 71
3) 145
4) 146
5) 189
6) 307
7) 407
8) 408
9) 413
10) 419
11) 420
12) 448
13) 454
14) 510
15) 432
16) 438

17. 497
18. 439
19. 320