# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

## CRIMINAL COURT PROCEEDINGS – TRIAL

| Case Number: | 3:23cr-14 | Date: | December 14, 2023 |
|---|---|---|---|
| Case Title: | United States v. Bryan Douglas Conley | | |
| Before: | Judge David J. Hale | | |

| Present | Court Reporter: | Dena Legg |
|---|---|---|
| | Courtroom Deputy: | Natalie Thompson |
| | United States: | Joshua Judd |
| | | Joel King |
| | Defendant: | Larry Simon |

| Jury Impaneled & Sworn: | | Date: | 12/11/2023 |
|---|---|---|---|

| Introduction of Evidence for United States: | Begun: | |
|---|---|---|
| | Resumed: | 12/14/2023 |
| | Concluded: | |
| Introduction of Evidence for Defendant | Begun: | |
| | Resumed: | |
| | Concluded: | |

| Rebuttal Evidence: | | Sur-Rebuttal Evidence: | | No Evidence Presented: | |
|---|---|---|---|---|---|

| Case continued to | 12/15/2023 at 8:30 a.m. | for further trial. |
|---|---|---|

| Motion for Judgment of Acquittal: | Granted: | Denied: | Submitted: |
|---|---|---|---|

| Jury retired to deliberate at: | | Jury returned at: | |
|---|---|---|---|

| Finding by Court: | | OR | Jury Verdict: | |
|---|---|---|---|---|

| Jury Polled: | | Polling Waived: | | Mistrial Declared: | |
|---|---|---|---|---|---|

| Case continued to | | for sentencing. |
|---|---|---|

| Defendant to remain on bond: | | OR | Defendant to remain detained: | |
|---|---|---|---|---|

| Court Time: | 06/15 | | Initials of Deputy Clerk: | NWT |
|---|---|---|---|---|