# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

## CRIMINAL COURT PROCEEDINGS – TRIAL

| | | | |
|---|---|---|---|
| **Case Number:** | 3:23cr-14 | **Date:** | December 15, 2023 |
| **Case Title:** | United States v. Bryan Douglas Conley | | |
| **Before:** | Judge David J. Hale | | |

| | | |
|---|---|---|
| **Present** | **Court Reporter:** | Dena Legg |
| | **Courtroom Deputy:** | Natalie Thompson |
| | **United States:** | Joshua Judd |
| | | Joel King |
| | **Defendant:** | Larry Simon |

| | | | |
|---|---|---|---|
| **Jury Impaneled & Sworn:** | | **Date:** | 12/11/2023 |

| | | |
|---|---|---|
| **Introduction of Evidence for United States:** | **Begun:** | |
| | **Resumed:** | 12/15/2023 |
| | **Concluded:** | 12/15/2023 |
| **Introduction of Evidence for Defendant** | **Begun:** | |
| | **Resumed:** | |
| | **Concluded:** | |

| | | | | |
|---|---|---|---|---|
| **Rebuttal Evidence:** | | **Sur-Rebuttal Evidence:** | **No Evidence Presented:** | X |

| | | |
|---|---|---|
| **Case continued to** | | for further trial. |

| | | | | |
|---|---|---|---|---|
| **Motion for Judgment of Acquittal:** | **Granted:** | | **Denied:** | X | **Submitted:** | |

| | | | |
|---|---|---|---|
| **Jury retired to deliberate at:** | 5:30 p.m. | **Jury returned at:** | 6:15 p.m. |

| | | | |
|---|---|---|---|
| **Finding by Court:** | | **OR** | **Jury Verdict:** | X |

| | | | |
|---|---|---|---|
| **Jury Polled:** | | **Polling Waived:** | **Mistrial Declared:** |

| | | |
|---|---|---|
| **Case continued to** | March 11, 2024 at 9:30 a.m. | for sentencing. |

| | | | | |
|---|---|---|---|---|
| **Defendant to remain on bond:** | | **OR** | **Defendant to remain detained:** | X |

| | | | |
|---|---|---|---|
| **Court Time:** | 05:20 | **Initials of Deputy Clerk:** | NWT |