UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUSVILLE

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                                                                CASE NO. 3:23-CR-14-DJH

BRYAN DOUGLAS CONLEY                                                              DEFENDANT

## UNOPPOSED MOTION TO RELEASE PROPERTY

The United States, by counsel, Joshua Judd, moves this Court to enter the attached Order releasing evidence belonging to the victims back to the victims. The United States has communicated with counsel for the defendant who indicated he does not oppose the motion. In support of this motion, the United States avers as follows:

1. On February 7, 2023, Bryan Douglas Conley was charged in the Western District of Kentucky with a 15-count indictment charging violations of the Mann Act, Interstate Transportation of a Minor, Kidnapping by Inveigle and Decoy, Bank Fraud, Aggravated Identity Theft, and Interstate Threats to Ransom and Cause Bodily Injury. (DN 4)

2. On or about December 15, 2023, the defendant, Bryan Douglas Conley was convicted of 15 counts in the Indictment.

3. R.W. and M.W. provided jewelry and cash for ransom money that was recovered from Bryan Conley's at the time of arrest on January 30, 2019. The property belongs to R.W. and M.W. and the United States is respectfully requesting an order authorizing release of the victims. The FBI has documented this evidence by photograph and it no longer necessary to maintain the items for evidence in this case.

4. In addition, property belonging to R.W. was recovered for the Conley's car during the execution of a search warrant. The items include some jewelry, electronics and personal items. It is no longer necessary to maintain these items at the FBI. Therefore, the United States requests an order releasing the items back to the victim.

5. The Louisville Field Office of the FBI maintained physical evidence in the case that belonged to the victims in the case.

In lieu of forfeiture, the United States requests the Court enter the attached proposed order, returning the following property to R.W. and M.W.:

1. Gold in color ring with stone; gold in color necklace w/ green accents; gold/silver in color necklace w/ dragon fly; gold in color pendant w/ brown/green stone; gold in color pendant w/ blue/white stones; one pair of earrings - blue/green stone; one pair of earrings white stone; and ziploc bag
2. $25.00 in U.S. Currency (1 x $10 / 3 x $5)
3. $340.00 in U.S. Currency (17 x $20) (removed from wallet)
4. $4.66 in U.S. Currency (4 x $1; 1 x .25 cents; 3 x .10 cents; 1 x .05 cents; 6 x .01 cents)

In lieu of forfeiture, the United States requests the Court enter the attached proposed order, returning the following property to R.W.:

1. Gold in color chain;
2. 1- I-Pad w/case (Marked Rachel Weller)
3. 1- Gold I-Pad Mini
4. Apple iPhone 8 Plus (A1864) S/N DX3XH0XEJCLP, IMEI 356112096339562
5. Blue address book with Rachel on front cover.
6. Amazon tablet - blue in color in multi-colored case
7. Spiral notebook - black w/ flower sticker
8. Cannon camera PC1730, 522066012541 w/ sim card

This amount is not included in restitution and Conley will not receive credit toward restitution for the return of this money that belonged to the victims.

In lieu of forfeiture, the United States requests the Court enter the attached proposed order, returning various personal property taken from the search of Conley's Ford Taurus including boxes of personal items.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

S/Joshua Judd
Joshua Judd
Assistant United States Attorney

## CERTIFICATE OF SERVICE

On December 19, 2023, I electronically filed the foregoing through the ECF system, which will send a notice of electronic filing to counsel of record for the defendant.

S/Joshua Judd
Joshua Judd
Assistant United States Attorney
