UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUSVILLE

UNITED STATES OF AMERICA                               PLAINTIFF

v.                                           CASE NO. 3:23-CR-14-DJH

BRYAN DOUGLAS CONLEY                          DEFENDANT

## ORDER APPLYING SEIZED FUNDS TO RESTITUTION

Upon motion of the United States, and the motion being unopposed by counsel for the defendant, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the following personal property may be returned to R.W. and M.W.:

1. Gold in color ring with stone; gold in color necklace w/ green accents; gold/silver in color necklace w/ dragon fly; gold in color pendant w/ brown/green stone; gold in color pendant w/ blue/white stones; one pair of earrings - blue/green stone; one pair of earrings white stone; and ziploc bag
2. $25.00 in U.S. Currency (1 x $10 / 3 x $5)
3. $340.00 in U.S. Currency (17 x $20)
4. $4.66 in U.S. Currency (4 x $1; 1 x .25 cents; 3 x .10 cents; 1 x .05 cents; 6 x .01 cents)

**IT IS HEREBY ORDERED** that the following personal property may be returned to R.W.:

1. Gold in color chain;
2. 1- I-Pad w/case (Marked Rachel Weller)
3. 1- Gold I-Pad Mini
4. Apple iPhone 8 Plus (A1864) S/N DX3XH0XEJCLP, IMEI 356112096339562
5. Blue address book with Rachel on front cover.
6. Amazon tablet - blue in color in multi-colored case
7. Spiral notebook - black w/ flower sticker
8. Cannon camera PC1730, 522066012541 w/ sim card

This amount is not included in restitution and Conley will not receive credit toward restitution for the return of these items that belonged to the victims.

**IT IS HEREBY ORDERED** that the following personal property may be returned to Cynthia Conley:

1. various personal property taken from the search of Conley's Ford Taurus including boxes of personal items.

Copies to: Defense Counsel
USP
FBI