## JURY LIST

**UNITED STATES V. BRYAN DOUGLAS CONLEY**
Case Number: 3:23-CR-14
JUDGE DAVID J. HALE

FILED
JAMES J. VILT, JR. - CLERK
DEC 15 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**Jury Impaneled & Sworn on:** December 11, 2023

**Jury Panel:**

1) 247
2) 337 excused
3) 411
4) 415 alternate
5) 422
6) 436
7) 441
8) 447
9) 464
10) 466
11) 467
12) 496
13) 499
14) 507
15) 
16) 
17) 
18) 
19) 
20) 

Alternates: _____
Foreman: 507

Jury retires to deliberate at: 5:30
Jury Returns at: 6:25

Jury Verdict: ✓
Mistrial Declared: _____

Jury Polled: ✓
Waived: _____

Def remain on bond: _____
Detained: ✓

Case continued to: Sentencing set 03/11/24
Notes: at 9:30 a.m.