

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                                    Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY,                                                  Defendant.

\* \* \* \* \*

**VERDICT FORM**

We, the jury, find the defendant,

As to Count 1:

    GUILTY ✓                  NOT GUILTY ____

As to Count 2:

    GUILTY ✓                  NOT GUILTY ____

As to Count 3:

    GUILTY ✓                  NOT GUILTY ____

As to Count 4:

    GUILTY ✓                  NOT GUILTY ____

As to Count 5:

    GUILTY ✓                  NOT GUILTY ____

As to Count 6:

    GUILTY ✓                  NOT GUILTY ____

As to Count 7:

    GUILTY ✓                  NOT GUILTY ____

As to Count 8:

    GUILTY __✓__          NOT GUILTY _____

As to Count 9:

    GUILTY __✓__          NOT GUILTY _____

As to Count 10:

    GUILTY __✓__          NOT GUILTY _____

As to Count 11:

    GUILTY __✓__          NOT GUILTY _____

As to Count 12:

    GUILTY __✓__          NOT GUILTY _____

As to Count 13:

    GUILTY __✓__          NOT GUILTY _____

As to Count 14:

    GUILTY __✓__          NOT GUILTY _____

As to Count 15:

    GUILTY __✓__          NOT GUILTY _____

[Redacted]

Foreperson

47