# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-CR-14-DJH |
| ) | |
| BRYAN DOUGLAS CONLEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON MOTION TO WITHDRAW AS APPOINTED COUNSEL AND TO ALLOW THE DEFENDANT ADDITIONAL TIME TO FILE A MOTION FOR A NEW TRIAL PURSUANT TO RULE 33(b)(2)

*Electronically Filed*

Having considered the Defendant's lawyer's Motion to Withdraw as Appointed Counsel, the Court now finds that there has been a breakdown of the attorney-client relationship and that the resulting circumstances at this stage of the proceeding presents a conflict of interest on behalf of present counsel. Therefore, the appearance of LARRY D. SIMON is hereby WITHDRAWN as counsel for Bryan Douglas Conley.

It is further ordered that the time period for the filing of a Motion for a New Trial pursuant to Rule 33(b)(2) shall be tolled until further order of this Court.

IT IS SO ORDERED.