UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:23-cr-14-DJH

BRYAN DOUGLAS CONLEY, Defendant.

\* \* \* \* \*

## ORDER

Defense counsel moves to withdraw and to allow the defendant additional time to file a motion for a new trial pursuant to Rule 33(b)(2) of the Federal Rules of Criminal Procedure. (Docket No. 130) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the defense's motion (D.N. 130) is **GRANTED in part**. The defendant shall file any motion for a new trial under Rule 33(b)(2) within **thirty (30) days** of entry of this Order. The Court defers a decision on the motion to withdraw.

January 4, 2024

David J. Hale, Judge
United States District Court