## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CRIMINAL ACTION NO. 3:23-CR-00014-DJH-1

**UNITED STATES OF AMERICA,**                                                                                              **Plaintiff,**

**v.**

**BRYAN DOUGLAS CONLEY,**                                                                                              **Defendant.**

### ORDER

This matter came before United States Magistrate Judge Colin H. Lindsay on January 24, 2024, for an *ex parte* hearing on a motion to withdraw (DN 130). Larry D. Simon, appointed counsel, appeared on behalf of Defendant, Bryan Douglas Conley, who was also present. Counsel for the United States did not appear, and Simon represented to the Court that counsel for the United States had advised him they took no position on his motion. The Court inquired as to whether Conley had a position on the motion, and he indicated that he would like new counsel. Based on the content of the motion and Conley's position, the Court finds good cause to grant the motion. The Court will appoint new counsel for Conley as set forth below. Conley consented on the record to Simon providing a copy of his file to new counsel.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw (DN 130) is **GRANTED**. Larry D. Simon is withdrawn as counsel of record for Defendant Bryan Douglas Conley, and attorney William Hartman Brammell, Jr. from the Court's Criminal Justice Act Panel is appointed to represent Conley going forward effective January 30, 2024.

cc: Counsel of record, Attorney Brammell (via e-mail)

0|15        January 30, 2024

Colin H Lindsay, Magistrate Judge
United States District Court