**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF, | ) ) ) | |
| v. | ) ) | Criminal No. 3:23-cr-00014-DJH |
| BRYAN DOUGLAS CONLEY, | ) ) | |
| DEFENDANT. | ) ) ) | |

**DEFENDANT BRYAN CONLEY'S MOTION**
**FOR AN EXTENSION OF TIME TO FILE A MOTION FOR NEW TRIAL**

Defendant, through counsel, respectfully moves the Court for additional time to file a Motion for a New Trial. The present deadline for the Defendant to file a Motion for New Trial is Monday, February 5. (R. 131.)

Undersigned was only appointed to represent the Defendant a few days ago. (R. 134.) As the Court is aware, this case has been pending on the docket for some time, culminating in the Defendant's trial before this Court in December. In order to evaluate potential legal arguments that might be advanced in post-trial briefing, the undersigned needs time to review the voluminous docket. Additionally, the undersigned has requested transcripts from Mr. Conley's trial and is of the understanding that, should the Court approve that request, it will take some time for the transcripts to be prepared and made available. Additionally, the undersigned needs time to meet with his client and review the remainder of the case file to evaluate whether there are grounds to file a motion for a new trial.

Accordingly, Defendant respectfully requests that the Court allow the Defendant 60 days from the date that the transcripts are filed in the record to file a motion for new trial. The undersigned has consulted with the United States who has represented that they have no objection to the additional time.

Respectfully submitted,

/s/ *William H. Brammell, Jr.*
William H. Brammell, Jr.
WICKER / BRAMMELL PLLC
323 West Main Street, 11th Floor
Louisville, KY 40202
(502) 780-6185

*Counsel for Defendant Bryan Conley*

**Certificate of Service**

I hereby certify that a copy of the foregoing has been served upon all parties by electronic filing this February 2, 2024.

/s/ *William H. Brammell, Jr.*
William H. Brammell, Jr.