**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Criminal No. 3:23-cr-00014-DJH |
| ) | |
| BRYAN DOUGLAS CONLEY, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## ORDER

Defendant Bryan Conley, having moved the Court to extend the deadline to file his motion for a new trial, the United States having no objection thereto, and the Court being otherwise sufficiently advised, **IT IS ORDERED AND ADJUDGED** that, there being good cause, the motion is granted and Defendant shall have 60-days from the date the Trial Transcripts are filed in the record in order to file a Motion for New Trial.

It is so **ORDERED**.