FILED
JAMES J. VILT, JR. - CLERK

MAR 14 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
Western District of Kentucky
**EXHIBIT INVENTORY**

**CASE NUMBER:** 3:23-CR-00014-DJH
**STYLE OF CASE:** USA v. Bryan Conley

Received from: D. Legg     Received by: _（signature）_     Date: 3/14/2024

**PROCEEDINGS:** Jury Trial (December 11-15, 2023)

**Plaintiff's:**

| | | |
|---|---|---|
| 1 – audio | 29 – credit card records | 69 – photo |
| 3A – audio | 30C – chats | 74 – map |
| 6 – photos | 30P – chats | 75 – map |
| 9 – handwritten document | 31 – subscriber info | 75A – map |
| 10A to 10E – photos | 34 – photo | 79 – photo |
| 11A – video | 35 – USAA report | |
| 11B – photo | 36 – FDIC certification | **Defendant's** |
| 12 – map | 38 – subscriber info | No exhibits |
| 13A to 13G – photos | 39 – subscriber info | |
| 14 – photos | 40 – Super 8 receipt | |
| 15 – photos | 41 – subscriber info | |
| 16 – photo | 44 – photo | |
| 18 – photos | 46 – cell phone extraction | |
| 19 – chat log | 47A – video | |
| 20 – chat log | 48A – video | |
| 20B – photo | 49 – subscriber info | |
| 20D – photo | 56A - photo | |
| 22 – subscriber info | 65A - video | |
| 26B – photo | 66A - video | |
| 27A – video | 67 – photo | |
| 28A – video | 68A – photo | |

**DISPOSITION OF EXHIBITS:**
ITEMS: _____

RECEIVED BY: _____     DATE: _____

RETURNED BY: _____     DATE: _____

ITEMS: _____

RECEIVED BY: _____     DATE: _____

RETURNED BY: _____     DATE: _____

OTHER DISPOSITON: _____
DATE: _____  RETURNED BY: _____     Deputy Clerk